# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

Tricor America, Inc., a California corporation

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

C-07 4949 **CRB**

V.

DHL CANADA EXPRESS, LTD. a Canadian corporation; LOOMIS CANADA HOLDING COMPANY, INC., a Canadian corporation; and D

TO: (Name and address of defendant)

DHL CANADA EXPRESS, LTD.
200 Westcreek Blvd.
Brampton, ON Canada
L6T 5T7

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Laura Each Nguyen, SBN 203141
5776 Lindero Canyon Road, D-233
Westlake Village, CA 91362
Tel: 818.665.4083
Fax: 818.206.3230
email: lauraeach@sbcglobal.net

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking

CLERK

DATE    SEP 2 5 2007

(BY) DEPUTY CLERK

MARY ANN BUCKLEY

## RETURN OF SERVICE

|  | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |

| Name of SERVER | TITLE |
|---|---|
| | |

*Check one box below to indicate appropriate method of service*

☐    Served Personally upon the Defendant. Place where served:

☐    Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐    Returned unexecuted:

☐    Other *(specify):*

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
           *Date*

_____
*Signature of Server*

_____
*Address of Server*

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure