ARTHUR J. CASEY (Bar No. 123273)
CARRIE M. DUPIC (Bar No. 240252)
ROBINSON & WOOD, INC.
227 North First Street
San Jose, CA 95113-1016
Telephone: 408/298-7120
Facsimile: 408/298-0477

Attorneys for Defendant
DHL CANADA EXPRESS, LTD. a
Canadian corporation; and LOOMIS CANADA
HOLDING COMPANY, INC. a Canadian
Corporation

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRICOR AMERICA, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DHL CANADA EXPRESS, LTD., a Canadian corporation; LOOMIS CANADA HOLDING COMPANY, INC., a Canadian corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. C 07 4949 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO REPSPOND TO PLAINTIFF TRICOR AMERICA, INC.'S COMPLAINT**<br><br>Complaint filed: September 25, 2007<br><br>Assigned to Judge Charles R. Bryer |

Plaintiff TRICOR AMERICA, INC. and Defendants DHL CANADA EXPRESS, LTD. a Canadian corporation; and LOOMIS CANADA HOLDING COMPANY, INC. a Canadian Corporation (collectively, "Defendants"), by and through their respective counsel, hereby agree and stipulate that Defendants have until and through November 21, 2007 in which to respond to the Complaint.

Robinson & Wood, Inc.
227 North First Street
San Jose, CA 95113-1016
(408) 298-7120

| | |
|---|---|
| Dated: November____,2007 | LAW OFFICES OF LAURA D. EACH, P.C. |
| | By: _____<br>LAURA EACH NGUYEN<br>Attorneys for Plaintiff,<br>TRICORP AMERICA, INC. |
| Dated: November _9_,2007 | ROBINSON & WOOD, INC. |
| | By: _____<br>ARTHUR J. CASEY<br>Attorneys for Defendants,<br>DHL CANADA EXPRESS, LTD. a Canadian corporation; and LOOMIS CANADA HOLDING COMPANY, INC. a Canadian Corporation |

ORDER

IT IS SO ORDERED:

Dated:_____    By: _____
UNITED STATES DISTRICT JUDGE

2

STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO REPSOND TO PLAINTIFF TRICOR AMERICA, INC.'S COMPLAINT

| | |
|---|---|
| Dated: November 8, 2007 | LAW OFFICES OF LAURA D. EACH, P.C.<br><br>By: _____<br>LAURA EACH NGUYEN<br>Attorneys for Plaintiff,<br>TRICORP AMERICA, INC. |
| Dated: November ___, 2007 | ROBINSON & WOOD, INC.<br><br>By: _____<br>ARTHUR J. CASEY<br>Attorneys for Defendants,<br>DHL CANADA EXPRESS, LTD. a Canadian corporation; and LOOMIS CANADA HOLDING COMPANY, INC. a Canadian Corporation |

ORDER

IT IS SO ORDERED:

Dated: _____

By: _____
UNITED STATES DISTRICT JUDGE