1  ARTHUR J. CASEY (Bar No. 123273)
   CARRIE M. DUPIC (Bar No. 240252)
2  ROBINSON & WOOD, INC.
   227 North First Street
3  San Jose, CA 95113-1016
   Telephone:  408/298-7120
4  Facsimile:   408/298-0477

5  Attorneys for Defendant
   DHL CANADA EXPRESS, LTD. a
6  Canadian corporation; and LOOMIS CANADA
   HOLDING COMPANY, INC. a Canadian
7  Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRICOR AMERICA, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DHL CANADA EXPRESS, LTD., a Canadian corporation; LOOMIS CANADA HOLDING COMPANY, INC., a Canadian corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. C 07 4949 CRB<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER FOR EXTENSION OF TIME TO REPSPOND TO PLAINTIFF TRICOR AMERICA, INC.'S COMPLAINT**<br><br>Complaint filed: September 25, 2007<br><br>Assigned to Judge Charles R. Bryer |

Plaintiff TRICOR AMERICA, INC. and Defendants DHL CANADA EXPRESS, LTD. a Canadian corporation; and LOOMIS CANADA HOLDING COMPANY, INC. a Canadian Corporation (collectively, "Defendants"), by and through their respective counsel, hereby agree and stipulate that Defendants have until and through November 21, 2007 in which to respond to the Complaint.

| | |
|---|---|
| Dated: November____,2007 | LAW OFFICES OF LAURA D. EACH, P.C.<br><br>By: _____<br>　LAURA EACH NGUYEN<br>　Attorneys for Plaintiff,<br>　TRICORP AMERICA, INC. |
| Dated: November _9_ ,2007 | ROBINSON & WOOD, INC.<br><br>By: _____<br>　ARTHUR J. CASEY<br>　Attorneys for Defendants,<br>　DHL CANADA EXPRESS, LTD. a<br>　Canadian corporation; and LOOMIS<br>　CANADA HOLDING COMPANY, INC. a<br>　Canadian Corporation |

ORDER

IT IS SO ORDERED:

Dated: November 16, 2007         By: _____
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]*