1  ARTHUR J. CASEY (Bar No. 123273)
   CARRIE M. DUPIC (Bar No. 240252)
2  ROBINSON & WOOD, INC.
   227 North First Street
3  San Jose, CA 95113-1016
   Telephone:   408/298-7120
4  Facsimile:   408/298-0477

5  Attorneys for Defendant
   DHL CANADA EXPRESS, LTD. a
6  Canadian corporation; and LOOMIS CANADA
   HOLDING COMPANY, INC. a Canadian
7  Corporation

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRICOR AMERICA, INC., a California corporation<br><br>Plaintiff,<br><br>vs.<br><br>DHL CANADA EXPRESS, LTD., a Canadian corporation; LOOMIS CANADA HOLDING COMPANY, INC., a Canadian corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. C 07 4949 CRB<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS UNDER RULES 12(b)(6)**<br><br>Complaint filed: September 25, 2007<br><br>Assigned to Judge Charles R. Bryer |

TO PLAINTIFF AND ITS ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that on _____, at _____ a.m./p.m., or as soon thereafter as the matter can be heard in the above-entitled Court, Defendants DHL Canada Express, Ltd., and Loomis Canada Holding Company, Inc., both Canadian corporations, will move this Court for dismissal pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted. Plaintiff Tricor America, Inc.'s Complaint is fatally vague for failing to set forth essential contract terms to support the contract-related claims.

///

1  The motion will be based upon this Notice, the accompanying Memorandum of Points and
2  Authorities, the pleadings and file of record in this case, as well as any evidence presented at the
3  hearing on same.

5  Dated: November 21, 2007                ROBINSON & WOOD, INC.

                                           By: _____
                                              ARTHUR J. CASEY
                                              Attorneys for Defendants,
                                              DHL CANADA EXPRESS, LTD. a
                                              Canadian corporation; and LOOMIS
                                              CANADA HOLDING COMPANY, INC. a
                                              Canadian Corporation

ROBINSON & WOOD, INC.
227 NORTH FIRST STREET
SAN JOSE, CA 95113-1016
(408) 298-7120

2
DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS UNDER RULE 12(B)(6)