1 | Laura Each Nguyen, SBN 203141
2 | Law Offices of Laura D. Each, PC
3 | 5776 Lindero Canyon Rd., D-233
  | Westlake Village, CA 91362
4 | Telephone: (818) 665-4083
  | Fax: (818) 206-3230
5 |
6 | Attorney for Plaintiff
  | TRICOR AMERICA, INC.
7 |
8 |            UNITED STATES DISTRICT COURT
9 |
10|            NORTHERN DISTRICT OF CALIFORNIA
11| TRICOR AMERICA, INC., a California
12| corporation,                              Case No.: C07 4949 CRB
13|           Plaintiffs,
14|     vs.                                   FIRST AMENDED COMPLAINT FOR
15|                                           DAMAGES FOR:
16| DHL CANADA EXPRESS, LTD., a Canadian
   | corporation; LOOMIS CANADA HOLDING       1. Breach of Contract
17| COMPANY, INC., a Canadian corporation; and 2. Account Stated
   | DOES 1 though 25, inclusive.             3. Quantum Meruit
18|                                           4. Negligent Misrepresentation
19|           Defendants.
20|
21| Plaintiff TRICOR AMERICA, INC. (hereinafter referred to as "TRICOR"), for causes of
22| action against defendants and each of them alleges as follows:
23|
24|                          GENERAL ALLEGATIONS
25| 1.    Plaintiff TRICOR is a corporation duly organized and existing under and by
26| virtue of the laws of the State of California, and is qualified to do business in the State of
27| California and the County of Orange, and is in good standing with the Secretary of State of the
28|
                                          1
                     FIRST AMENDED COMPLAINT FOR DAMAGES

1   State of California. TRICOR maintains its principal place of business in the City of South San
2   Francisco, in the County of San Mateo, California.
3       2.   Plaintiff is informed and believes, and thereupon alleges, that defendant DHL
4   EXPRESS (CANADA), LTD. (hereinafter referred to as "DHL EXPRESS") is corporation
5   organized and existing under and by virtue of the laws of the nation of Canada.
6       3.   Plaintiff is informed and believes, and thereupon alleges, that defendant LOOMIS
7   CANADA HOLDING COMPANY, INC. (hereinafter referred to as "LOOMIS") is a
8   corporation organized and existing under and by virtue of the laws of the nation of Canada.
9       4.   The true names and capacities, whether individual, corporate, associate or
10  otherwise of the defendants named herein as DOES 1 through 25, inclusive, and each and all of
11  them are unknown to TRICOR at this time, and TRICOR therefore sues said defendants and each
12  and all of them, by such fictitious names, and TRICOR will advise this Court and seek leave to
13  amend this Complaint when the names and capacities of each such defendant have been
14  ascertained. TRICOR is informed and believes, and thereupon alleges that each said defendant
15  herein designated as a DOE defendant is responsible in some manner for the events and
16  happenings herein referred to, or as hereinafter alleged.
17      5.   TRICOR is informed and believes and thereupon alleges, that at all times herein
18  mentioned, each and every defendant, including DOES 1 through 25, inclusive, and each of
19  them, was, were, and yet are the agents or employees of the other named defendants and each of
20  them, that in so doing the things herein alleged said defendants, and each and all of them, were
21  acting in within the course and scope of the authority conferred by, and with the consent of, each
22  other defendant, and all of them jointly.

2

FIRST AMENDED COMPLAINT FOR DAMAGES

# FIRST CAUSE OF ACTION

(Breach of Contract)

**Against Defendants DHL EXPRESS AND LOOMIS And Does 1 Through 25**

6. By this reference, TRICOR herein incorporates each and every allegation of paragraphs 1 through 8, inclusive of the General Allegations of this Complaint as if the same were set forth in full herein.

7. On or about March 2, 1984, TRICOR, on the one hand, and Defendants entered into an agreement wherein TRICOR agreed to provide any courier services requested of it by the Defendants and the Defendants agreed to pay of the courier services pursuant to agreed upon credit terms of net 30 and subject to the rates in effect at the time of service ("Agreement"). The agreement was terminable at will and subject to rate changes at any time.

8. On or about November 2006, TRICOR gave Defendants notice that as of November 15, 2006, the rate for services was increasing and the notice detailed the new rates that were in place at that time. A true and correct copy of the November 23, 2006 letter is attached as Exhibit "A" and is incorporated by reference.

9. Pursuant to the Agreement and the new rates, Defendants requested further work by TRICOR. As such, TRICOR issued written work orders for each request for services received from the Defendants. Each of these written work orders was known as a Schedule A. Each Schedule A set forth the work Tricor was to perform on behalf of Defendants. TRICOR issued numerous Schedule A's to Defendants over their twenty year business relationship. Defendants failed to pay for the work performed on three Schedule A's, which are attached hereto and incorporated by reference as Exhibit "B."

10. TRICOR performed all conditions covenants, and promises required of it under the Agreements and performed all courier services delineated in the Schedule A forms attached as Exhibit "B."

11. Yet on or about December 2006, and continuing to date, the Defendants and DOES 1 through 25, and each of them, breached the Agreement by failing to pay $ 146,193.26

3

FIRST AMENDED COMPLAINT FOR DAMAGES

1  due under the Agreement for courier services ordered and provided to it by TRICOR pursuant to
2  the Agreement. The Defendants refused to pay $146,193.26 without any explanation.

3  12.  TRICOR is informed and believes that the Defendants knowingly and willfully
4  continued to order courier services from TRICOR with the intention of withholding the
5  $146,193.26 payment, with the sole purpose of creating economic leverage to attempt to
6  negotiate concessions from TRICOR.

7  13.  As a result, due to the breach of the Agreement by defendants and each of them,
8  TRICOR has been damaged in the sum of $146,193.26, and more according to proof.

## SECOND CAUSE OF ACTION
(Account Stated)
### Against DHL EXPRESS, LOOMIS And Does 1 Through 25

13  14.  By this reference, TRICOR herein incorporates each and every allegation of
14  paragraphs 1 through 13, inclusive of this Complaint as if the same were set forth in full herein.

15  15.  Within four years before the commencement of this action, at San Mateo,
16  California, an account was stated in writing by and between TRICOR and defendants the
17  Defendants and Does 1 through 25 and on such statement a balance of $146,193.26 was found
18  due to TRICOR from said defendants. Defendants and each of them agreed to pay TRICOR said
19  balance.

20  16.  Although demanded of the Defendants, neither the whole nor any part of the
21  agreed balance has been paid.

22  17.  As a result, due to said defendants' breach of the Agreements as aforesaid there is
23  now due, owing, and unpaid from said defendants to TRICOR the sum of $146,193.26, together
24  with interest thereon at the legal rate.

25  18.  By reason of the conduct of said defendants, and each of them, TRICOR has
26  incurred attorneys' fees and costs, and will continue to incur said fees and costs to enforce its
27  rights under the Agreements. TRICOR is entitled to reasonable attorneys' fees and costs
28  pursuant to California Civil Code Section 1717.

4

FIRST AMENDED COMPLAINT FOR DAMAGES

## THIRD CAUSE OF ACTION

(Quantum Meruit)

**Against DHL EXPRESS and LOOMIS And Does 1 Through 25**

19. By this reference, TRICOR herein incorporates each and every allegation of paragraphs 1 through 18, inclusive, of this Complaint as if the same were set forth in full herein.

20. Within the last two years, at South San Francisco, California, defendants DHL EXPRESS, LOOMIS, DOES 1 through 25, inclusive and each of them became indebted to TRICOR in for an agreed sum of $ 146,193.26 for serviced rendered to said defendants, and each of them at the special request and instance of said defendants, and each of them, and no other.

21. Neither the whole nor any party of the above sum ahs been paid, although demand therefore has been made, and there is now due, owing and unpaid from said defendants, and each of them, to TRICOR the sum of $ 146,193.26.

## FOURTH CAUSE OF ACTION

(Negligent Misrepresentation)

**Against DHL EXPRESS And Does 1 Through 25**

22. By this reference, TRICOR herein incorporates each and every allegation of paragraphs 1 through 21, inclusive, of this Complaint as if the same were set forth in full herein.

23. At the time that the Defendants conveyed its promises, representations and assurances that the Defendants would pay for the services rendered, such representations were false, as the Defendants had no intention of making payment for the services rendered by TRICOR.

24. At the time that the Defendants conveyed its promises, representations, and assurances that payment would be made, the Defendants had no reasonable grounds for believing such representations to be true, as the Defendants had no intention of making any payment to compensate TRICOR for the services it rendered to the Defendants' clients on the Defendants' behalf.

5

FIRST AMENDED COMPLAINT FOR DAMAGES

25. At the time that the Defendants conveyed its promises, representations, and assurances that payment would be made, TRICOR believed the promises, representations, and assurances to be true. Had TRICOR known that the promises, representations, and assurances were false and that the Defendants had no intention of fulfilling its promises, representations and assurances, TRICOR would not have continued to perform services for the Defendants.

26. As a direct, legal and proximate result of the Defendants' fraudulent conduct and false representations and its failure to pay TRICOR for the services rendered, TRICOR has been damaged in an amount in excess of $146,193.26.

WHEREFORE, plaintiff TRICOR prays for judgment against Defendants and Does 1 though 25, inclusive as follows:

## ON ALL CAUSES OF ACTION

1. For damages in the sum of $146,193.26 and more, according to proof.
2. For prejudgment interest on said sum at the maximum legal rate;
3. For reasonable attorneys' fees;
4. For costs of suit incurred by TRICOR herein; and
5. For such other and further relief as this court may deem just and proper.

Dated: 11/27/07

_____
Laura Each Nguyen
Attorney for Plaintiff
TRICOR AMERICA, INC.

6

FIRST AMENDED COMPLAINT FOR DAMAGES

EXHIBIT A



CORPORATE OFFICE: PO BOX 0100 SFO INTERNATIONAL AIRPORT SAN FRANCISCO CA 94128 • 650/877-3630 • 800 HOW RUSH
FAX 650/583 3197 • (800 669-7747)

November 23, 2006

CUSTOMER #: 001521
LOOMIS COURIER SERVICE
101 5000 MILLER ROAD
RICHMOND, BC V7B1K6 CANADA

On November 15, 2006 Tricor increased rate for transportation service to offset increases in wage, purchased transportation and insurance expenses.

```
1  = $40.00
2  = $44.00
3  = $50.50
4  = $55.00
5  = $58.00
10 = $68.00
20 = $99.50
30 = $129.00
40 = $154.00
50 = $176.50
60 = $197.50
70 = $214.50
80 = $228.50
90 = $246.00
100 = $257.50
110 = $283.50
120 = $309.00
130 = $343.50
140 = $370.00
150 = $396.50
151+ = $2.70 per pound
```

Plus $30.00 for customs paperwork processing fee.

Sincerely,

Scott Tanaka,
Account Executive

ALBUQUERQUE • ANCHORAGE • ATLANTA • AUSTIN • BAKERSFIELD • BOISE • CHICAGO • DALLAS • DENVER • FRESNO
HOUSTON • LAS VEGAS • LOS ANGELES • MIAMI • MINNEAPOLIS • NEW ORLEANS • NEW YORK • OAKLAND • PHOENIX • PORTLAND • RENO
RIVERSIDE • SACRAMENTO • SALT LAKE CITY • SAN ANTONIO • SAN DIEGO • SAN FRANCISCO • SEATTLE • STOCKTON • TUCSON • TUSTIN

TRICOR-CA                    TARIFF TABLE MAINTENANCE

TARIFF CLASS ...  001521
X1  DESCRIPTION ...  Loomis (Customer# 001521) effective Nov 2006

| LN# | MORE THAN OR EQUAL TO | BUT LESS THAN | WEIGHT MULTIPLIER | MIN CHARGE | EX CHARGE |
|---|---|---|---|---|---|
| 1  | 1  | 2  | 1 | 40.00  | 0.00 |
| 2  | 2  | 3  | 1 | 44.00  | 0.00 |
| 3  | 3  | 4  | 1 | 50.50  | 0.00 |
| 4  | 4  | 5  | 1 | 55.00  | 0.00 |
| 5  | 5  | 6  | 1 | 58.00  | 0.00 |
| 6  | 6  | 11 | 1 | 68.00  | 0.00 |
| 7  | 11 | 21 | 1 | 99.50  | 0.00 |
| 8  | 21 | 31 | 1 | 129.00 | 0.00 |
| 9  | 31 | 41 | 1 | 154.00 | 0.00 |
| 10 | 41 | 51 | 1 | 176.50 | 0.00 |
| 11 | 51 | 61 | 1 | 197.50 | 0.00 |
| 12 | 61 | 71 | 1 | 214.50 | 0.00 |

(F=FORWARD) , (C=CHANGE) , (D=DELETE) , (P=PAGE) , (E=END)

# EXHIBIT B

TRICON

BASIC PERFORMANCE FACT SHEET

# SCHEDULE "A"

*ORIGINAL*

COMPANY: ☒ AMERICA ☐ CALIFORNIA ☐ INTERNATIONAL

MOVE STATUS: ☐ LOCATION A: ☐ PICK-UP FREQ/TIME ☐ DROP-OFF FREQ/TIME; ☐ LOCATION B: ☐ PICK-UP FREQ/TIME ☐ DROP-OFF FREQ/TIME; ☒ ADDED SERVICE; ☐ TERMINATED SERVICE; ☒ ONE WAY; ☐ ROUND TRIP

☐ SERVICE CHANGE (SEE COMMENTS) ☐ ADDRESS CHANGE (SEE COMMENTS) ☐ LOC A ☐ LOC B ☐ LOC C ☐ RATE CHANGE

LOG NUMBER: 32683
STATION: BOI
DATE: 12/22/2006

| ACCOUNT NUMBER | BILL TO (COMPANY NAME) | | | EXO |
|---|---|---|---|---|
| 001521 | LOOMIS COURIER SERVICE | | | LOG NUMBER: 32683 |
| ACCOUNT STATUS | STREET ADDRESS: 101 5000 MILLER ROAD | | | POSTED BY: KTHANG1 |
| ☐ NEW ACCOUNT | CITY: RICHMOND | STATE: BC | ZIP CODE: V7B1K6 | |
| ☐ TOTAL ACCOUNT TERMINATION | CONTACT: KIM BILLINGTON | PHONE NUMBER: 905-507-3095 | | DATE POSTED: 12/22/2006 |

## LOCATION A

PICK-UP: ADDRESS NO.: 770; SVC. STATION: SEA; SVC. TYPE:

COMPANY NAME: PACCAR PARTS
STREET ADDRESS: 502 HOWSER WAY NORTH
CITY: RENTON STATE: WA ZIP CODE: 98055
CONTACT: SUPERVISOR PHONE NUMBER:
EMERGENCY CONTACT: PHONE NUMBER:

DROP-OFF: ADDRESS NO.: SVC. STATION:

☐ P.O.D. ☒ OFFICE ☐ VAULT ☐ BUILDING ☐ KEY ☐ ALARM
ALARM CODE:

| | SCH TIME (Pick-up) | MAN # | RT # | SCH TIME (Drop-off) | MAN # | RT # |
|---|---|---|---|---|---|---|
| SU | | | | | | |
| M | 23:59 | 000 | 0000 | | | |
| TU | 23:59 | 000 | 0000 | | | |
| W | 23:59 | 000 | 0000 | | | |
| TH | 23:59 | 000 | 0000 | | | |
| F | 23:59 | 000 | 0000 | | | |
| SA | | | | | | |

## LOCATION B

DROP-OFF: ADDRESS NO.: 656; SVC. STATION:; SVC. TYPE:

COMPANY NAME: PETERBILT PACIFIC
STREET ADDRESS: C/O LOOMIS
CITY: RICHMOND STATE: BC ZIP CODE:
CONTACT: PHONE NUMBER:
EMERGENCY CONTACT: PHONE NUMBER:

PICK-UP: ADDRESS NO.: SVC. STATION:

☐ P.O.D. ☒ OFFICE ☐ VAULT ☐ BUILDING ☐ KEY ☐ ALARM
ALARM CODE:

| | SCH TIME (Drop-off) | MAN # | RT # | SCH TIME (Pick-up) | MAN # | RT # |
|---|---|---|---|---|---|---|
| SU | | | | | | |
| M | 23:59 | | *0000 | | | |
| TU | 23:59 | | *0000 | | | |
| W | 23:59 | | *0000 | | | |
| TH | 23:59 | | *0000 | | | |
| F | 23:59 | | *0800 | | | |
| SA | | | | | | |

COMMENTS / ADDITIONAL INFORMATION

TARIFF TABLE 001521

| SUPPLEMENTAL CHARGES | $ | # |
|---|---|---|
| VAULT SALES | $ | # |
| VAULT INSTALLATION | $ | # |
| | $ | # |
| POUCHES | $ | # |
| | $ | # |

ALLOWABLE WEIGHT / EXCESS WEIGHT CHARGES / WEIGHT MULTIPLIER / PER SHIPMENT CHARGES

| CONTRACT CHARGES | NO. DAYS | DAILY RATE | MONTHLY CHARGE | TOTAL MONTHLY |
|---|---|---|---|---|
| ONE WAY | | | | P/S |
| ROUND TRIP | | | | |

ACCEPTED BY (CUSTOMER): DATE:

CUSTOMER HEREBY AGREES TO PAY TRICON FOR SERVICES RENDERED WITHIN TEN (10) DAYS AFTER RECEIPT OF INVOICE.

EFFECTIVE DATE: PICK-UP SERVICE WILL BEGIN ON: 11/01/2006
LAST DATE: THE LAST DATE OF PICK-UP SERVICE WILL BE:

| OPERATION MANAGER | DATE | SALES REPRESENTATIVE | SALES NO. | DATE |
|---|---|---|---|---|
| JAMES EMERY | | SCOTT TANAKA | A0081 | |

IMPORTANT! THIS FORM MUST BE SIGNED BY THE SALES REPRESENTATIVE AND OPERATIONS MANAGER BEFORE IT IS FORWARDED TO THE CORPORATE OFFICE

CORPORATE OFFICE COPY

**TRICON**

BASIC PERFORMANCE FACT SHEET

# SCHEDULE "A"

*ORIGINAL*

| COMPANY: | MOVE STATUS | SERVICE CHANGE (SEE COMMENTS) | LOG NUMBER |
|---|---|---|---|
| ☒ AMERICA | ☐ LOCATION A: ☐ PICK-UP FREQ/TIME ☐ DROP-OFF FREQ/TIME | | 32684 |
| ☐ CALIFORNIA | ☐ LOCATION B: ☐ PICK-UP FREQ/TIME ☐ DROP-OFF FREQ/TIME | | STATION: BOI |
| ☐ INTERNATIONAL | ☒ ADDED SERVICE<br>☐ TERMINATED SERVICE<br>☒ ONE WAY<br>☐ ROUND TRIP | ☐ ADDRESS CHANGE (SEE COMMENTS)<br>☐ LOC.A ☐ LOC.B ☐ LOC.C<br>☐ RATE CHANGE | DATE: 12/22/2006 |

| ACCOUNT NUMBER | BILL TO (COMPANY NAME) | | | EXO LOG NUMBER |
|---|---|---|---|---|
| 001521 | LOOMIS COURIER SERVICE | | | 32684 |
| ACCOUNT STATUS | STREET ADDRESS: 101 5000 MILLER ROAD | | | |
| ☐ NEW ACCOUNT | CITY: RICHMOND | STATE: BC | ZIP CODE: V7B1K6 | POSTED BY: KTHANG1 |
| ☐ TOTAL ACCOUNT TERMINATION | CONTACT: KIM BILLINGTON | PHONE NUMBER: 905-507-3095 | | DATE POSTED: 12/22/2006 |

## LOCATION A

PICK-UP: ADDRESS NO. 770 — SVC.STATION SEA — SVC.TYPE

COMPANY NAME: PACCAR PARTS

STREET ADDRESS: 502 HOWSER WAY NORTH

CITY: RENTON — STATE: WA — ZIP CODE: 98055

CONTACT: SUPERVISOR — PHONE NUMBER:

EMERGENCY CONTACT: — PHONE NUMBER:

DROP-OFF: ADDRESS NO. — SVC.STATION

| | SCH TIME | MAN # | RT # | | SCH TIME | MAN # | RT # |
|---|---|---|---|---|---|---|---|
| SU | | | | SU | | | |
| M | 23:59 | 000 | 0000 | M | | | |
| TU | 23:59 | 000 | 0000 | TU | | | |
| W | 23:59 | 000 | 0000 | W | | | |
| TH | 23:59 | 000 | 0000 | TH | | | |
| F | 23:59 | 000 | 0000 | F | | | |
| SA | | | | SA | | | |

☐ P.O.D. ☒ OFFICE ☐ VAULT ☐ BUILDING ☐ KEY ☐ ALARM

ALARM CODE

## LOCATION B

DROP-OFF: ADDRESS NO. 665 — SVC.STATION — SVC.TYPE

COMPANY NAME: INLAND KENWORTH SALES

STREET ADDRESS: C/O LOOMIS

CITY: RICHMOND — STATE: BC — ZIP CODE:

CONTACT: — PHONE NUMBER:

EMERGENCY CONTACT: — PHONE NUMBER:

PICK-UP: ADDRESS NO. — SVC.STATION

| | SCH TIME | MAN # | RT # | | SCH TIME | MAN # | RT # |
|---|---|---|---|---|---|---|---|
| SU | | | | SU | | | |
| M | 23:59 | | *0000 | M | | | |
| TU | 23:59 | | *0000 | TU | | | |
| W | 23:59 | | *0000 | W | | | |
| TH | 23:59 | | *0000 | TH | | | |
| F | 23:59 | | *0000 | F | | | |
| SA | | | | SA | | | |

☐ P.O.D. ☒ OFFICE ☐ VAULT ☐ BUILDING ☐ KEY ☐ ALARM

ALARM CODE

COMMENTS / ADDITIONAL INFORMATION

TARIFF TABLE 001521

| SUPPLEMENTAL CHARGES | | | ALLOWABLE WEIGHT | EXCESS WEIGHT CHARGES | CONTRACT CHARGES | NO. DAYS | DAILY RATE | MONTHLY CHARGE | TOTAL MONTHLY |
|---|---|---|---|---|---|---|---|---|---|
| VAULT SALES | $ | # | | | ONE WAY | | | | 15 |
| VAULT INSTALLATION | $ | # | WEIGHT MULTIPLIER | PER SHIPMENT CHARGES | | | | | |
| | $ | # | | | ROUND TRIP | | | | |
| POUCHES | $ | # | | | | | | | |
| | $ | # | | | | | | | |

| ACCEPTED BY (CUSTOMER) | DATE | EFFECTIVE DATE: PICK-UP SERVICE WILL BEGIN ON: | LAST DATE: THE LAST DATE OF PICK-UP SERVICE WILL BE |
|---|---|---|---|
| | | 11/01/2006 | |

CUSTOMER HEREBY AGREES TO PAY TRICON FOR SERVICES RENDERED WITHIN TEN(10) DAYS AFTER RECEIPT OF INVOICE

| OPERATION MANAGER | DATE | SALES REPRESENTATIVE | SALES NO. | DATE |
|---|---|---|---|---|
| JAMES EMERY | | SCOTT TANAKA | A0081 | |

IMPORTANT: THIS FORM MUST BE SIGNED BY THE SALES REPRESENTATIVE AND OPERATIONS MANAGER BEFORE IT IS FORWARDED TO THE CORPORATE OFFICE

CORPORATE OFFICE COPY

TRICOR

BASIC PERFORMANCE FACT SHEET

# SCHEDULE "A"

**COMPANY:**

☒ AMERICA
☐ CALIFORNIA
☐ INTERNATIONAL

**MOVE STATUS**

☐ LOCATION A: ☐ PICK-UP FREQ/TIME ☐ DROP-OFF FREQ/TIME
☐ LOCATION B: ☐ PICK-UP FREQ/TIME ☐ DROP-OFF FREQ/TIME
☒ ADDED SERVICE
☐ TERMINATED SERVICE
☒ ONE WAY
☐ ROUND TRIP
☐ SERVICE CHANGE (SEE COMMENTS)
☐ ADDRESS CHANGE (SEE COMMENTS)
☐ LOC.A ☐ LOC.B ☐ LOC.C
☐ RATE CHANGE

| LOG NUMBER | STATION | DATE |
|---|---|---|
| 32651 | BOI | 12/20/2006 |

*ORIGINAL*

| ACCOUNT NUMBER | BILL TO (COMPANY NAME) | | | EXO LOG NUMBER |
|---|---|---|---|---|
| 001521 | LOOMIS COURIER SERVICE | | | 32651 |
| ACCOUNT STATUS | STREET ADDRESS: 101 5000 MILLER ROAD | | | |
| ☐ NEW ACCOUNT | CITY: RICHMOND | STATE: BC | ZIP CODE: V7B1K6 | POSTED BY: DCAYANO |
| ☐ TOTAL ACCOUNT TERMINATION | CONTACT: KIM BILLINGTON | PHONE NUMBER: 905-507-3095 | | DATE POSTED: 12/21/2006 |

## LOCATION A

| PICK-UP ADDRESS NO. | SVC. STATION | COMPANY NAME | DROP-OFF ADDRESS NO. | SVC. STATION |
|---|---|---|---|---|
| 658 | SEA | DYNACRAFT | | |

SVC. TYPE:

STREET ADDRESS: 650 MILWAUKKEE AVE., N

CITY: ALGONA STATE: WA ZIP CODE: 98001

CONTACT: PHONE NUMBER: 206-351-3000

EMERGENCY CONTACT: PHONE NUMBER:

| | SCH TIME | MAN # | RT # | | SCH TIME | MAN # | RT # |
|---|---|---|---|---|---|---|---|
| SU | | | | SU | | | |
| M | 23:59 | | 0000 | M | | | |
| TU | 23:59 | | 0000 | TU | | | |
| W | 23:59 | | 0000 | W | | | |
| TH | 23:59 | | 0000 | TH | | | |
| F | 23:59 | | 0000 | F | | | |
| SA | | | | SA | | | |

☐ P.O.D.
☒ OFFICE
☐ VAULT
☐ BUILDING
☐ KEY
☐ ALARM

ALARM CODE:

## LOCATION B

| DROP-OFF ADDRESS NO. | SVC. STATION | COMPANY NAME | PICK-UP ADDRESS NO. | SVC. STATION |
|---|---|---|---|---|
| 670 | | DHL/LOOMIS | | |

SVC. TYPE:

STREET ADDRESS: 4871 MILLER RD

CITY: RICHMOND STATE: BC ZIP CODE: V7B1K8

CONTACT: PHONE NUMBER:

EMERGENCY CONTACT: PHONE NUMBER:

| | SCH TIME | MAN # | RT # | | SCH TIME | MAN # | RT # |
|---|---|---|---|---|---|---|---|
| SU | | | | SU | | | |
| M | 23:59 | | *0000 | M | | | |
| TU | 23:59 | | *0000 | TU | | | |
| W | 23:59 | | *0000 | W | | | |
| TH | 23:59 | | *0000 | TH | | | |
| F | 23:59 | | *0000 | F | | | |
| SA | | | | SA | | | |

☐ P.O.D
☒ OFFICE
☐ VAULT
☐ BUILDING
☐ KEY
☐ ALARM

ALARM CODE:

COMMENTS / ADDITIONAL INFORMATION

TARIFF TABLE 001521

| SUPPLEMENTAL CHARGES | | | ALLOWABLE WEIGHT | EXCESS WEIGHT CHARGES |
|---|---|---|---|---|
| VAULT SALES | $ | # | OW-99999 | OW-0.00 |
| VAULT INSTALLATION | $ | # | OW-1 | OW-30.00 |
| | $ | # | WEIGHT MULTIPLIER | PER SHIPMENT CHARGES |
| POUCHES | $ | # | | |
| | $ | # | | |

| CONTRACT CHARGES | NO. DAYS | DAILY RATE | MONTHLY CHARGE | TOTAL MONTHLY |
|---|---|---|---|---|
| ONE WAY | | | | |
| ROUND TRIP | | | | |

ACCEPTED BY (CUSTOMER): DATE:

CUSTOMER HEREBY AGREES TO PAY TRICOR FOR SERVICES RENDERED WITHIN TEN(10) DAYS AFTER RECEIPT OF INVOICE.

**EFFECTIVE DATE**
PICK-UP SERVICE WILL BEGIN ON: 11/01/2006

**LAST DATE**
THE LAST DATE OF PICK-UP SERVICE WILL BE:

| OPERATION MANAGER | DATE | SALES REPRESENTATIVE | SALES NO. | DATE |
|---|---|---|---|---|
| JAMES EMERY | | SCOTT TANAKA | A0081 | |

IMPORTANT! THIS FORM MUST BE SIGNED BY THE SALES REPRESENTATIVE AND OPERATIONS MANAGER BEFORE IT IS FORWARDED TO THE CORPORATE OFFICE

CORPORATE OFFICE COPY