Law Offices of Laura D. Each, P.C.

December 26, 2007

Hon. Charles R. Breyer
United States District Court
Northern District of California
Courtroom8
450 Golden Gate Avenue
San Francisco, CA  94102

> RE:   Tricor America, Inc. v. DHL Canada Express, Ltd. et al
>       Case No. 07-49494

Dear Judge Breyer

By this letter, Tricor America, Inc. ("Tricor), the plaintiff in the above-captioned matter, requests to participate in Initial Case Management Conference set for January 4, 2008 at 8:30 a.m. by telephone. Counsel for Tricor is located in Southern California and wishes to avoid the expense of traveling to San Francisco. A proposed order is attached and filed with this letter.

It is my understanding that the Court will initiate the teleconference if this request is granted. My office telephone number is 818.665.4083. Thank you for your consideration.

Very truly yours,

Laura Each Nguyen

5776 Lindero Canyon Road, D-233
Westlake Village, CA  91362
lauraeach@sbcglobal.net

Telephone: (818) 665-4083

Facsimile: (818) 206-3230

1  Laura Each Nguyen, SBN 203141
   Law Offices of Laura D. Each, PC
2  5776 Lindero Canyon Rd., D-233
3  Westlake Village, CA  91362
   Telephone: (818) 665-4083
4  Fax:  (818) 206-3230

5  Attorney for Plaintiff
6  TRICOR AMERICA, INC.

7
                    UNITED STATES DISTRICT COURT
8
9                 NORTHERN DISTRICT OF CALIFORNIA

10

11  TRICOR AMERICA, INC., a California              Case No.: C07 4949 CRB
    corporation,
12
                                                    **PROPOSED ORDER RE PLAINTIFF**
13              Plaintiffs,                          **TRICOR AMERICA, INC.'S REQUEST**
                                                     **TO PARTICPATE IN THE INITIAL**
14       vs.                                         **CASE MANAGEMENT CONFERENCE**
                                                     **BY TELEPHONE**
15  DHL CANADA EXPRESS, LTD. a Canadian
    corporation; LOOMIS CANADA HOLDING
16  COMPANY, INC., a Canadian corporation; and      **DATE:  January 4, 2008**
17  DOES 1 though 25, inclusive.                     **Time: 8:30 a.m.**
                                                     **Dept: 8**
18                                                   **Judge:  Hon. Charles Breyer**
                Defendants.
19

20
         This matter comes before the Court on Plaintiff Tricor America, Inc.'s request to
21
    participate by telephone in the Initial Case Management Conference set in the above-captioned
22
    action to commence at 8:30 a.m., January 4, 2008.  The Court, having reviewed the request and
23
    being fully advised on the premises set forth therein, hereby grants the request.
24
         Dated this ____ day of _____, 20__.
25

26  :

27                                        _____
                                          Hon. Charles R. Breyer
28                                        United States District Court, Northern District of
                                          California

                                          1

                                    PROPOSED ORDER