```
1  Laura Each Nguyen, SBN 203141
   Law Offices of Laura D. Each, PC
2  5776 Lindero Canyon Rd., D-233
3  Westlake Village, CA  91362
   Telephone: (818) 665-4083
4  Fax:  (818) 206-3230
5
   Attorney for Plaintiff
6  TRICOR AMERICA, INC.
7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRICOR AMERICA, INC., a California corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> DHL CANADA EXPRESS, LTD. a Canadian corporation; LOOMIS CANADA HOLDING COMPANY, INC., a Canadian corporation; and DOES 1 though 25, inclusive. <br><br> Defendants. | Case No.: C07 4949 CRB <br><br> ~~PROPOSED~~ ORDER RE PLAINTIFF TRICOR AMERICA, INC.'S REQUEST TO PARTICPATE IN THE INITIAL CASE MANAGEMENT CONFERENCE BY TELEPHONE <br><br> DATE: January 4, 2008 <br> Time: 8:30 a.m. <br> Dept: 8 <br> Judge: Hon. Charles Breyer |

This matter comes before the Court on Plaintiff Tricor America, Inc.'s request to participate by telephone in the Initial Case Management Conference set in the above-captioned action to commence at 8:30 a.m., January 4, 2008. The Court, having reviewed the request and being fully advised on the premises set forth therein, hereby grants the request.

Dated ~~this~~ ____ day of _____, 20__.

December 28, 2007

_____
Hon. Charles R. Breyer
United States District Court of
California

IT IS SO ORDERED
Judge Charles R. Breyer

1

~~PROPOSED~~ ORDER