

# ROBINSON & WOOD, INC.
## ATTORNEYS AT LAW

227 North First Street
San Jose, CA 95113

(408) 298-7120 Telephone
(408) 298-0477 Facsimile

www.robinsonwood.com

Arthur J. Casey, Esq.
Direct (408) 792-5912
ajc@robinsonwood.com

December 31, 2007

Hon. Charles R. Breyer
United States District Court
Northern District
Courtroom 8
450 Golden Gate Avenue
San Francisco, CA 94102

    Re:    Tricor America, Inc. v. DHL Canada Express, Ltd.
             Our File No. 15546

Dear Judge Breyer:

By this letter, Defendants DHL Express (Canada), Ltd. and Mayne Logistics Loomis, Inc. request to participate in the Initial Case Management Conference set for January 4, 2008 at 8:30 a.m. via telephone. A proposed order is attached and filed with this letter.

It is our understanding that the court will initiate the teleconference if this request is granted. My direct office telephone number is (408) 792-5912.

Very truly yours,

*[signature]*

ARTHUR J. CASEY

AJC:kkn
Doc:424740

ARTHUR J. CASEY (Bar No. 123273)
CARRIE M. DUPIC (Bar No. 240252)
ROBINSON & WOOD, INC.
227 North First Street
San Jose, CA 95113-1016
Telephone:   408/298-7120
Facsimile:   408/298-0477

Attorneys for Defendant
DHL EXPRESS (CANADA), LTD.,
a Canadian corporation; and
MAYNE LOGISTICS LOOMIS, INC.,
a Canadian Corporation

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRICOR AMERICA, INC., a California corporation<br><br>Plaintiff,<br><br>vs.<br><br>DHL CANADA EXPRESS, LTD., a Canadian corporation; LOOMIS CANADA HOLDING COMPANY, INC., a Canadian corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. C 07 4949 CRB<br><br>Complaint filed: September 25, 2007<br><br>**[PROPOSED] ORDER RE: DEFENDANTS DHL EXPRESS (CANADA), LTD., a Canadian corporation and MAYNE LOGISTICS LOOMIS, INC. a Canadian Corporation's REQUEST TO PARTICIPATE IN THE INITIAL CASE MANAGEMENT CONFERENCE BY TELEPHONE** |

This matter comes before the Court on DHL EXPRESS (CANADA), LTD., a Canadian Corporation and MAYNE LOGISTICS LOOMIS, INC., a Canadian Corporation's request to participate by telephone in the Initial Case Management Conference set in the above-captioned action to commence at 8:30 a.m., January 4, 2008. The Court, having reviewed the request and being fully advised on the premises set forth therein, hereby grants the request.

Dated:

_____
Hon. Charles R. Breyer
United States District Court
Northern District