1  ARTHUR J. CASEY (Bar No. 123273)
   CARRIE M. DUPIC (Bar No. 240252)
2  ROBINSON & WOOD, INC.
   227 North First Street
3  San Jose, CA 95113-1016
   Telephone:    408/298-7120
4  Facsimile:    408/298-0477

5  Attorneys for Defendant
   DHL EXPRESS (CANADA), LTD.,
6  a Canadian corporation; and
   MAYNE LOGISTICS LOOMIS, INC.,
7  a Canadian Corporation

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12  TRICOR AMERICA, INC., a California        Case No. C 07 4949 CRB
    corporation
13                                            Complaint filed:  September 25, 2007
                 Plaintiff,
14                                            [PROPOSED] ORDER RE:
    vs.                                       DEFENDANTS DHL EXPRESS
15                                            (CANADA), LTD., a Canadian
    DHL CANADA EXPRESS, LTD., a               corporation and MAYNE LOGISTICS
16  Canadian corporation; LOOMIS CANADA       LOOMIS, INC. a Canadian
    HOLDING COMPANY, INC., a Canadian         Corporation's REQUEST TO
17  corporation; and DOES 1 through 25,       PARTICIPATE IN THE INITIAL CASE
    inclusive,                                MANAGEMENT CONFERENCE BY
18                                            TELEPHONE
                 Defendants.
19

20        This matter comes before the Court on DHL EXPRESS (CANADA), LTD., a Canadian

21  Corporation and MAYNE LOGISTICS LOOMIS, INC., a Canadian Corporation's request to

22  participate by telephone in the Initial Case Management Conference set in the above-captioned

23  action to commence at 8:30 a.m., January 4, 2008.  The Court, having reviewed the request and

24  being fully advised on the premises set forth therein, hereby grants the request.

25        Dated:    January 2, 2008

26                                            Hon. Charles R. Breyer
                                              United States District Court
27                                            Northern Dist.

28

IT IS SO ORDERED

Judge Charles R. Breyer