**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **January 4, 2008**

**C-07-4949**

## TICOR AMERICA INC.  v.  DHL CANADA  EXPRESS LTD.

Attorneys:   Laura Nguyen appeared telephonically    Arthur Casey appeared telephonically

Deputy Clerk: **FRANK JUSTILIANO**          Reporter:  **None**

**PROCEEDINGS:**                                                                                    **RULING:**

1. Initial Case Management Conference held

2. 

3. 

4. 
   (  ) Status Conference        (  ) P/T Conference        (  )Case Management Conference

**ORDERED AFTER HEARING:**


(  ) ORDER TO BE PREPARED BY:   Plntf _____ Deft _____ Court _____

(  ) Referred to Magistrate Judge For: _____
      (  )By Court        (  )Parties to approach Chief Magistrate in future

( X ) CASE CONTINUED TO  4/11/08 at 8:30 a.m.    for  Further Case Management Conference

Discovery Cut-Off _____              Expert Discovery Cut-Off _____

Plntf to Name Experts by _____        Deft to Name Experts by _____

P/T Conference Date _____ Trial Date _____ Set for _____ days
                        Type of Trial:  ( )Jury    ( )Court

Notes: _____