# Law Offices of Laura D. Each, P.C.

April 7, 2008

Hon. Charles R. Breyer
United States District Court
Northern District of California
Courtroom 8
450 Golden Gate Avenue
San Francisco, CA 94102

RE: Tricor America, Inc. v. DHL Canada Express, Ltd. et al
Case No. 07-49494

Dear Judge Breyer

By this letter, Tricor America, Inc. ("Tricor), the plaintiff in the above-captioned matter, requests to participate in Further Case Management Conference set for April 10, 2008 at 8:30 a.m. by telephone. Counsel for Tricor is located in Southern California and wishes to avoid the expense of traveling to San Francisco. A proposed order is attached and filed with this letter.

It is my understanding that the Court will initiate the teleconference if this request is granted. My office telephone number is 818.665.4083. Thank you for your consideration.

Very truly yours,

Laura Each Nguyen