1  Laura Each Nguyen, SBN 203141
   Law Offices of Laura D. Each, PC
2  5776 Lindero Canyon Rd., D-233
3  Westlake Village, CA 91362
   Telephone: (818) 665-4083
4  Fax: (818) 206-3230

5
   Attorney for Plaintiff
6  TRICOR AMERICA, INC.

7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

11 | TRICOR AMERICA, INC., a California
   | corporation,                                  Case No.: C07 4949 CRB
12 |
13 |         Plaintiffs,                           **PROPOSED ORDER RE PLAINTIFF
   |                                               TRICOR AMERICA, INC.'S REQUEST
14 |    vs.                                        TO PARTICPATE IN THE FURTHER
   |                                               CASE MANAGEMENT CONFERENCE
15 | DHL CANADA EXPRESS, LTD. a Canadian           BY TELEPHONE**
   | corporation; LOOMIS CANADA HOLDING
16 | COMPANY, INC., a Canadian corporation; and    DATE: April 10, 2008
17 | DOES 1 though 25, inclusive.                  Time: 8:30 a.m.
   |                                               Dept: 8
18 |                                               Judge: Hon. Charles Breyer
19 |         Defendants.

20
        This matter comes before the Court on Plaintiff Tricor America, Inc.'s request to
21
   participate by telephone in the Further Case Management Conference set in the above-captioned
22
   action to commence at 8:30 a.m., April 10, 2008. The Court, having reviewed the request and
23
   being fully advised on the premises set forth therein, hereby grants the request.
24
        Dated this ___ day of _____, 20__.
25
   :
26

27                                              _____
                                                Hon. Charles R. Breyer
28                                              United States District Court, Northern District of
                                                California

                                        1
                                   PROPOSED ORDER