1  ARTHUR J. CASEY (Bar No. 123273)
    CARRIE M. DUPIC (Bar No. 240252)
2  ROBINSON & WOOD, INC.
    227 North First Street
3  San Jose, CA 95113-1016
    Telephone:    408/298-7120
4  Facsimile:    408/298-0477

5  Attorneys for Defendant
    DHL EXPRESS (CANADA), LTD.,
6  a Canadian corporation; and
    MAYNE LOGISTICS LOOMIS, INC.,
7  a Canadian Corporation

8

9                UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12  TRICOR AMERICA, INC., a California corporation | Case No. C 07 4949 CRB |
| 13          Plaintiff, | Complaint filed:  September 25, 2007 |
| 14  vs. | **[PROPOSED] ORDER RE: DEFENDANTS DHL EXPRESS (CANADA), LTD., a Canadian corporation and MAYNE LOGISTICS LOOMIS, INC. a Canadian Corporation's REQUEST TO PARTICIPATE IN THE CASE MANAGEMENT CONFERENCE BY TELEPHONE** |
| 15  DHL CANADA EXPRESS, LTD., a Canadian corporation; LOOMIS CANADA HOLDING COMPANY, INC., a Canadian corporation; and DOES 1 through 25, inclusive, | |
| 18          Defendants. | |

20      This matter comes before the Court on DHL EXPRESS (CANADA), LTD., a Canadian

21  Corporation and MAYNE LOGISTICS LOOMIS, INC., a Canadian Corporation's request to

22  participate by telephone in the Case Management Conference set in the above-captioned action to

23  commence at 8:30 a.m., April 11, 2008.  The Court, having reviewed the request and being fully

24  advised on the premises set forth therein, hereby grants the request.

25      Dated:

26                    _____
                      Hon. Charles R. Breyer
27                     United States District Court
                     Northern District

28

PROPOSED ORDER