

# ROBINSON & WOOD, INC.
## ATTORNEYS AT LAW

227 North First Street  
San Jose, CA 95113

(408) 298-7120 Telephone  
(408) 298-0477 Facsimile

www.robinsonwood.com

Carrie M. Dupic, Esq.  
Direct (408) 792-5924  
cmd@robinsonwood.com

April 8, 2008

Hon. Charles R. Breyer  
United States District Court  
Northern District  
Courtroom 8  
450 Golden Gate Avenue  
San Francisco, CA 94102

Re: Tricor America, Inc. v. DHL Canada Express, Ltd.  
Our File No. 15546

Dear Judge Breyer:

By this letter, Defendants DHL Express (Canada), Ltd. and Mayne Logistics Loomis, Inc. request to participate in the Case Management Conference set for April 11, 2008 at 8:30 a.m. via telephone. A proposed order is attached and filed with this letter.

It is our understanding that the court will initiate the teleconference if this request is granted. My direct office telephone number is (408) 792-5924.

Very truly yours,

CARRIE M. DUPIC

CMD:kkn  
Doc:424740