Laura Each Nguyen, SBN 203141
Law Offices of Laura D. Each, PC
5776 Lindero Canyon Rd., D-233
Westlake Village, CA 91362
Telephone: (818) 665-4083
Fax: (818) 206-3230

Attorney for Plaintiff
TRICOR AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRICOR AMERICA, INC., a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>DHL CANADA EXPRESS, LTD. a Canadian corporation; LOOMIS CANADA HOLDING COMPANY, INC., a Canadian corporation; and DOES 1 though 25, inclusive.<br><br>Defendants. | Case No.: C07 4949 CRB<br><br>~~PROPOSED~~ ORDER RE PLAINTIFF TRICOR AMERICA, INC.'S REQUEST TO PARTICPATE IN THE FURTHER CASE MANAGEMENT CONFERENCE BY TELEPHONE<br><br>DATE: April 10, 2008<br>Time: 8:30 a.m.<br>Dept: 8<br>Judge: Hon. Charles Breyer |

This matter comes before the Court on Plaintiff Tricor America, Inc.'s request to participate by telephone in the Further Case Management Conference set in the above-captioned action to commence at 8:30 a.m., April 10, 2008. The Court, having reviewed the request and being fully advised on the premises set forth therein, hereby grants the request.

Dated this __08__ day of __April__, 2008.

:

_____
Hon. Charles R. Breyer
United States District Court, Northern District of California

IT IS SO ORDERED
Judge Charles R. Breyer

1
PROPOSED ORDER