ROBINSON & WOOD, INC.
227 NORTH FIRST STREET
SAN JOSE, CA 95113-1016
(408) 298-7120

1  ARTHUR J. CASEY (Bar No. 123273)
   CARRIE M. DUPIC (Bar No. 240252)
2  ROBINSON & WOOD, INC.
   227 North First Street
3  San Jose, CA 95113-1016
   Telephone:    408/298-7120
4  Facsimile:    408/298-0477

5  Attorneys for Defendant
   DHL EXPRESS (CANADA), LTD.,
6  a Canadian corporation; and
   MAYNE LOGISTICS LOOMIS, INC.,
7  a Canadian Corporation

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12 | TRICOR AMERICA, INC., a California corporation | Case No. C 07 4949 CRB
13 |                                                | Complaint filed: September 25, 2007
14 |                    Plaintiff,                  | [~~PROPOSED~~] ORDER RE:
15 | vs.                                            | DEFENDANTS DHL EXPRESS (CANADA), LTD., a Canadian corporation and MAYNE LOGISTICS LOOMIS, INC. a Canadian Corporation's REQUEST TO PARTICIPATE IN THE CASE MANAGEMENT CONFERENCE BY TELEPHONE
16 | DHL CANADA EXPRESS, LTD., a Canadian corporation; LOOMIS CANADA HOLDING COMPANY, INC., a Canadian corporation; and DOES 1 through 25, inclusive, |
17 |                                                |
18 |                    Defendants.                 |
19

20     This matter comes before the Court on DHL EXPRESS (CANADA), LTD., a Canadian
21 Corporation and MAYNE LOGISTICS LOOMIS, INC., a Canadian Corporation's request to
22 participate by telephone in the Case Management Conference set in the above-captioned action to
23 commence at 8:30 a.m., April 11, 2008. The Court, having reviewed the request and being fully
24 advised on the premises set forth therein, hereby grants the request.

25     Dated:   April 08, 2008

26                                          Hon. Charles R. Breyer
                                            United States District
27                                          Northern District

28

PROPOSED ORDER

*[Signed and stamped: IT IS SO ORDERED, Judge Charles R. Breyer, United States District Court, Northern District of California]*