**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **April 11, 2008**

**C-07-04949** CRB

**TRICOR AMERICA INC.  v.  DHL CANADA EXPRESS LTD.**

Attorneys:     Laura Nguyen                              Arthur Casey

Deputy Clerk: **BARBARA ESPINOZA**          Reporter:  **Not Reported**

**PROCEEDINGS:**                                                                                             **RULING:**

1.  Further Case Management Conference  - Held

2.

3.

**ORDERED AFTER HEARING:**

Counsel to workout discovery schedule and agree on appropriate deadlines.

( ) ORDER TO BE PREPARED BY:    Plntf _____    Deft _____    Court _____
( ) Referred to Magistrate Judge For:
( ) CASE CONTINUED TO _____        for _____

Discovery Cut-Off _____        Expert Discovery Cut-Off _____

Plntf to Name Experts by _____    Deft to Name Experts by _____

P/T Conference Date July 10, 2008 @ 2:30 p.m.  Trial Date July 21, 2008 @ 8:30 a.m.   Set for _____ days
                        Type of Trial:  (X)Jury     ( )Court

Notes: