Laura Each Nguyen, SBN 203141
Law Offices of Laura D. Each, PC
5776 Lindero Canyon Rd., D-233
Westlake Village, CA 91362
Telephone: (818) 665-4083
Fax: (818) 206-3230

Attorney for Plaintiff
TRICOR AMERICA, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRICOR AMERICA, INC., a California corporation,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>DHL CANADA EXPRESS, LTD. a Canadian corporation; LOOMIS CANADA HOLDING COMPANY, INC., a Canadian corporation; and DOES 1 though 25, inclusive.<br><br>                    Defendants. | Case No.: C07 4949 CRB<br><br>**DECLARATION OF SCOTT TANAKA IN SUPPORT MOTION FOR SUMMARY JUDGMENT AND IN THE ALTERNATIVE MOTION FOR SUMMARY ADJUDICATION; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>Date: June 27, 2008<br>Time: 10:00 a.m.<br>Courtroom: 9<br><br>*[Declarations of Laura Each Nguyen, Andy Sun, Richard Cruz, and John Marticio; Notice of Motion and Motion for Summary Judgment; Statement of Uncontroverted Facts and Conclusions of Law filed concurrently herewith]* |

DECLARATION OF SCOTT TANAKA

I, Scott Tanaka, hereby declare as follows:

1.    I am a citizen of the United States and am over eighteen years of age and I could and would testify as to the following matters of my own personal knowledge.

2.    I am an employee of Tricor America and my job title is Sales Representative. My job responsibilities include selling services, overseeing customer accounts, and resolving disputes surrounding outstanding accounts.

3.    Tricor America, Inc. is a California corporation engaged in the business of transporting packages throughout the United States.

4.    Loomis is a Canadian company engaged in the business of transporting packages throughout Canada.

5.    DHL Canada is a Canadian company engaged in the business of transporting packages throughout Canada.

6.    In or about 2004, Loomis was acquired by DHL.

7.    Once Loomis was acquired by DHL, DHL raised its rates on Tricor for the work performed by Loomis.

8.    In July 2006, Defendants sent a notice of rate increase to Tricor's Seattle office. This notice of rate increase increased rates drastically. A true and correct copy of the notice of rate increase is attached as Exhibit "A."

9.    In November 2006, Tricor terminated all services performed by Defendants on behalf of Tricor and contracted with another courier company to perform its work in Canada.

10.    After cancelling its work with Defendants, Tricor sent Defendants a notice of rate increase for the work Tricor performed for Defendants. The notice was delivered with the October 2006 invoice and the October 2006 invoice was paid in its entirety. A true and correct copy of the Notice of Rate Increase is attached as Exhibit "B."

2

DECLARATION OF SCOTT TANAKA

11.    In December 2006, Tricor billed Defendants pursuant to the new rate structure. A true and correct copy of the December 2006 invoice is attached as Exhibit "C."

12.    Defendants continued to use Tricor's services until May 2007, when Defendants terminated Tricor's services for Defendants.

13.    Defendants failed to make any further payments to Tricor after February 2007.

14.    When Tricor America, Inc. did not receive payment for the work performed, Tricor filed suit.

15.    After Tricor filed suit, on December 17, 2008, Defendants filed a counter-claim which included causes of action for Breach of Contract, Quantum Meruit, and Restitution.

16.    The Counter-Claim sought damages for services provided between June 2006 and January 2007.

17.    Tricor did not request any service from Defendants after November 2006.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed this ___17th___ day of May 2008.

SCOTT TANAKA

3

DECLARATION OF SCOTT TANAKA

# EXHIBIT A



DHL Express
5499 Regent Street
Burnaby, B.C.
V5C 6C8

B6PAI8R00003

**Monday, July 17, 2006**

Tricor America
2355 - 200 Street South
Seattle, Washington
Canada 98198

Domestic Acct(s):              ER6692

International Acct(s):          976382807

Import Account(s):

DHL Shipper

DHL Canada takes pride in offering customers world-class service at a competitive price. With your current rates expiring the enclosed rate structure will take effect the week of **July 24th 2006.**

Please refer to *www.dhl.com* and our *Points Guide* for our latest *beyond and interline charges* based on postal code.
For first time users of our *Import Express* service an account activation request from the customer is required prior to shipping.

DHL Canada greatly values your business and appreciates the opportunity to continue serving you.  Should you have any questions, or  wish to discuss increasing your present shipping volumes with DHL please contact your Account Executive as indicated below

Regards,

Bill Mason
Inside Account Executive
DHL Express Canada Ltd
p:604-606-4528
Bill.Mason@dhl.com
www.dhl.com



# US & INTERNATIONAL EXPRESS RATES

FROM: CANADA

| TO: | ENV 0 lbs - .9 lbs | 1 lbs - 2 lbs | PARCEL / DOCUMENT 2.1 lbs + (per lb) | | |
|-----|------|------|------|--|--|
| 021 | $ 23.66 | $ 31.06 | $ 3.07 | | |
| 022 | $ 41.95 | $ 64.53 | $ 6.25 | | |
| 041 | $ 39.09 | $ 58.55 | $ 5.72 | | |
| 042 | $ 73.99 | $ 90.68 | $ 11.34 | | |
| 051 | $ 41.69 | $ 66.50 | $ 6.68 | | |
| 062 | $ 57.30 | $ 94.34 | $ 11.25 | | |
| 071 | $ 39.01 | $ 69.62 | $ 9.73 | | |
| 081 | $ 39.01 | $ 77.65 | $ 8.35 | | |
| 092 | $ 57.30 | $ 99.78 | $ 11.25 | | |
| 093 | $ 73.90 | $ 101.03 | $ 11.34 | | |


110102326-3-1002828914

# DHL International Services
*Abbreviated Rates*

See below for International Outbound rates. On the back cover, find the country you are shipping to and its corresponding rate zone. Then match the rate zone to the corresponding field on this page.

| | |
|---|---|
| Georgia | E |
| Germany | C |
| Ghana | M |

| | EUROPE | |
|---|---|---|
| **C** | **D** | **E** |
| $27.30 | $34.50 | $70.76 |
| $40.32 | $43.31 | $84.11 |
| $47.61 | $52.44 | $101.46 |

## U.S. INTERNATIONAL OUTBOUND RATES

| ZONE | CANADA | MEXICO | EUROPE | | | ASIA | | | | | CARIBBEAN, CENTRAL & SOUTH AMERICA | | MIDDLE EAST | AFRICA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | D | E | F | G | H1 | H2 | I | J | K | L | M |

**DOCUMENT RATES** Rates (Lbs.)

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0.5 | $23.50 | $26.00 | $32.50 | $37.50 | $79.50 | $32.50 | $36.50 | $32.00 | $38.50 | $51.00 | $32.50 | $48.00 | $40.50 | $81.00 |
| 1 | $36.00 | $41.00 | $48.00 | $47.50 | $94.50 | $48.50 | $52.00 | $47.50 | $55.00 | $56.50 | $47.50 | $62.50 | $58.00 | $90.50 |
| 2 | $43.00 | $45.50 | $56.00 | $57.00 | $114.00 | $56.00 | $56.50 | $55.50 | $64.00 | $84.00 | $55.00 | $78.50 | $66.50 | $115.50 |
| 3 | $49.50 | $56.00 | $64.50 | $79.00 | $135.00 | $66.50 | $70.00 | $65.50 | $73.50 | $101.50 | $65.00 | $95.00 | $75.50 | $136.50 |
| 4 | $53.00 | $61.00 | $73.50 | $86.50 | $153.00 | $75.50 | $78.00 | $74.50 | $82.50 | $110.50 | $70.50 | $112.00 | $83.50 | $155.60 |
| 5 | $56.00 | $68.50 | $84.50 | $93.50 | $171.00 | $84.50 | $87.00 | $83.00 | $91.00 | $137.00 | $79.50 | $128.00 | $95.80 | $173.00 |

* For document rates over 5 pounds, please see the package rates section below.

**PACKAGE RATES** Rates (Lbs.)

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | $40.00 | $42.00 | $49.00 | $60.00 | $96.50 | $49.50 | $53.00 | $48.50 | $56.00 | $67.50 | $48.50 | $63.50 | $59.00 | $98.50 |
| 2 | $44.00 | $46.50 | $57.00 | $70.00 | $115.00 | $57.00 | $61.50 | $56.00 | $65.00 | $67.50 | $56.00 | $79.50 | $67.50 | $117.50 |
| 3 | $50.50 | $57.00 | $67.50 | $79.50 | $136.00 | $67.50 | $71.00 | $56.50 | $73.50 | $102.50 | $63.50 | $79.50 | $67.50 | $138.50 |
| 4 | $55.00 | $62.00 | $76.50 | $87.00 | $154.00 | $76.50 | $79.00 | $75.50 | $83.50 | $121.50 | $71.50 | $113.00 | $76.50 | $138.50 |
| 5 | $58.00 | $69.50 | $85.50 | $96.00 | $172.00 | $85.50 | $88.00 | $84.00 | $92.00 | $138.00 | $80.50 | $129.00 | $96.00 | $173.00 |
| 10 | $68.00 | $98.00 | $111.50 | $130.50 | $243.00 | $111.50 | $129.00 | $109.50 | $137.00 | $219.50 | $109.50 | $206.00 | $141.50 | $247.50 |
| 20 | $99.50 | $131.50 | $159.00 | $190.00 | $398.00 | $159.00 | $201.50 | $156.50 | $137.00 | $219.50 | $109.50 | $206.00 | $141.50 | $247.50 |
| 30 | $129.00 | $160.00 | $203.00 | $341.50 | $520.00 | $203.00 | $268.50 | $200.00 | $279.00 | $454.50 | $216.00 | $428.00 | $260.00 | $330.00 |
| 40 | $154.00 | $185.00 | $247.00 | $291.50 | $638.50 | $247.00 | $328.00 | $213.00 | $345.00 | $547.50 | $263.00 | $533.50 | $357.00 | $651.00 |
| 50 | $175.50 | $211.50 | $288.00 | $342.00 | $720.00 | $288.00 | $391.00 | $283.50 | $411.00 | $637.50 | $314.00 | $697.50 | $425.00 | $753.50 |
| 60 | $197.50 | $231.00 | $333.00 | $394.50 | $840.00 | $333.00 | $452.50 | $333.00 | $475.50 | $728.00 | $361.50 | $692.50 | $494.50 | $856.50 |
| 70 | $214.50 | $251.50 | $378.00 | $456.50 | $940.50 | $378.00 | $511.50 | $372.50 | $537.50 | $817.50 | $409.00 | $766.50 | $562.50 | $959.00 |
| 80 | $229.50 | $273.00 | $423.50 | $502.50 | $1,041.00 | $423.50 | $569.00 | $417.00 | $598.00 | $901.50 | $452.50 | $848.00 | $632.50 | $1,061.50 |
| 90 | $244.50 | $287.00 | $456.00 | $551.50 | $1,112.00 | $456.00 | $611.00 | $449.00 | $637.00 | $961.00 | $496.00 | $899.00 | $702.00 | $1,164.00 |
| 100 | $257.50 | $255.50 | $499.00 | $592.00 | $1,211.50 | $496.00 | $660.00 | $486.50 | $698.00 | $1,002.00 | $539.50 | $939.00 | $769.00 | $1,268.50 |
| 110 | $283.50 | $322.50 | $547.00 | $631.00 | $1,365.50 | $543.50 | $722.50 | $535.00 | $734.00 | $1,102.00 | $597.50 | $1,033.00 | $833.50 | $1,392.00 |
| 120 | $309.00 | $352.00 | $591.00 | $710.00 | $1,489.50 | $593.00 | $788.00 | $584.00 | $830.00 | $1,202.00 | $691.50 | $1,122.00 | $909.50 | $1,548.50 |
| 130 | $343.50 | $387.00 | $650.00 | $769.50 | $1,613.50 | $612.00 | $867.00 | $632.50 | $921.00 | $1,302.00 | $720.50 | $1,253.50 | $999.50 | $1,645.00 |
| 140 | $370.00 | $416.50 | $780.00 | $828.50 | $1,738.00 | $691.50 | $934.00 | $681.00 | $992.00 | $1,402.50 | $776.00 | $1,328.00 | $1,076.50 | $1,771.50 |
| 150 | $396.50 | $446.50 | $750.00 | $887.50 | $1,862.00 | $741.00 | $1,001.50 | $730.00 | $1,062.50 | $1,502.50 | $831.00 | $1,423.00 | $1,153.00 | $1,898.00 |

**RATE PER POUND**

| **151+** | $2.70 | $3.00 | $5.05 | $5.72 | $12.41 | $4.94 | $6.74 | $4.86 | $7.05 | $10.02 | $5.54 | $9.68 | $7.69 | $12.65 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

** For shipments greater than 150 lbs., calculate the rate by multiplying the total weight by the rate per pound.

## U.S. INTERNATIONAL INBOUND RATES

| ZONE | CANADA | MEXICO | EUROPE | | | ASIA | | | | | CARIBBEAN, CENTRAL & SOUTH AMERICA | | MIDDLE EAST | AFRICA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | D | E | F | G | H1 | H2 | I | J | K | L | M |

**DOCUMENT RATES** Rates (Lbs.)

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0.5 | $38.00 | $43.50 | $58.50 | $53.00 | $104.50 | $51.00 | $55.00 | $50.00 | $58.00 | $73.50 | $52.50 | $69.00 | $64.00 | $186.50 |
| 1.0 | $45.50 | $48.00 | $59.00 | $64.00 | $126.00 | $59.00 | $64.00 | $58.00 | $67.50 | $93.00 | $61.00 | $86.50 | $73.50 | $127.50 |
| 1.5 | $52.50 | $59.00 | $70.00 | $87.50 | $149.00 | $70.00 | $74.00 | $69.00 | $77.50 | $112.00 | $69.00 | $105.00 | $83.50 | $150.50 |
| 2.0 | $56.00 | $64.50 | $79.50 | $99.50 | $168.50 | $79.50 | $82.00 | $78.50 | $87.00 | $132.00 | $79.00 | $123.50 | $94.50 | $171.00 |
| 2.5 | $59.00 | $72.00 | $89.00 | $105.50 | $188.50 | $89.00 | $91.50 | $87.50 | $96.00 | $151.00 | $88.00 | $141.00 | $108.00 | $191.00 |

* For document rates over 2.5 kilos, please see the package rates section below.

**PACKAGE RATES** Rates (Lbs.)

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1.0 | $46.50 | $49.00 | $60.00 | $77.00 | $127.00 | $69.00 | $65.00 | $59.00 | $68.50 | $94.00 | $62.00 | $87.50 | $74.50 | $129.50 |
| 1.5 | $53.00 | $60.00 | $71.00 | $87.50 | $160.00 | $71.00 | $78.00 | $70.00 | $79.00 | $113.00 | $70.00 | $106.00 | $84.50 | $192.50 |
| 2.0 | $58.00 | $69.50 | $80.50 | $96.00 | $169.50 | $80.50 | $83.00 | $79.50 | $88.00 | $133.00 | $79.00 | $106.00 | $84.50 | $192.50 |
| 2.5 | $61.00 | $73.00 | $90.00 | $110.00 | $189.50 | $90.00 | $92.50 | $88.50 | $97.00 | $152.00 | $88.00 | $124.00 | $95.50 | $193.00 |
| 3.0 | $64.00 | $86.00 | $100.00 | $123.00 | $219.00 | $99.50 | $110.00 | $98.00 | $118.50 | $190.50 | $103.50 | $170.00 | $125.00 | $223.00 |
| 3.5 | $66.50 | $92.00 | $106.50 | $130.00 | $235.50 | $106.50 | $119.50 | $104.50 | $125.00 | $207.50 | $109.50 | $194.50 | $136.00 | $240.00 |
| 4.0 | $69.00 | $98.00 | $112.50 | $137.50 | $251.50 | $112.50 | $137.50 | $113.00 | $134.00 | $234.50 | $116.50 | $210.50 | $146.50 | $256.50 |
| 4.5 | $71.50 | $103.00 | $117.50 | $144.50 | $267.50 | $117.50 | $135.50 | $119.00 | $144.00 | $241.50 | $120.50 | $227.00 | $154.00 | $272.50 |
| 5 | $74.50 | $108.00 | $122.00 | $150.00 | $283.50 | $122.00 | $144.00 | $120.00 | $152.50 | $258.50 | $127.50 | $241.50 | $166.00 | $289.00 |
| 10 | $110.50 | $146.50 | $177.00 | $221.50 | $457.50 | $177.00 | $225.50 | $174.00 | $237.00 | $411.00 | $194.50 | $385.50 | $258.00 | $466.50 |
| 20 | $171.50 | $205.50 | $276.50 | $343.50 | $742.40 | $276.50 | $371.50 | $271.00 | $390.50 | $642.00 | $312.00 | $602.00 | $422.50 | $761.50 |
| 30 | $216.50 | $259.00 | $328.00 | $472.50 | $991.00 | $378.00 | $312.50 | $372.50 | $530.00 | $662.00 | $420.00 | $806.50 | $568.00 | $1,010.00 |
| 40 | $235.50 | $300.00 | $474.50 | $696.50 | $1,234.50 | $474.50 | $637.50 | $467.00 | $687.00 | $1,048.50 | $556.50 | $980.50 | $757.50 | $1,258.00 |
| 50 | $298.00 | $339.00 | $549.50 | $752.50 | $1,502.50 | $571.00 | $759.00 | $562.50 | $818.50 | $1,212.50 | $657.50 | $1,136.50 | $917.00 | $1,531.50 |
| 60 | $366.50 | $413.00 | $699.00 | $899.50 | $1,807.50 | $685.00 | $925.00 | $667.50 | $982.00 | $1,455.00 | $895.00 | $1,378.00 | $1,116.50 | $1,898.00 |
| 70 | $429.00 | $483.00 | $811.00 | $1,005.50 | $2,109.00 | $805.50 | $1,082.00 | $789.50 | $1,149.00 | $1,702.00 | $911.50 | $1,612.00 | $1,305.50 | $2,149.50 |
| 80 | $459.50 | $517.50 | $869.00 | $1,077.50 | $2,259.50 | $859.00 | $1,159.30 | $845.50 | $1,231.00 | $1,823.50 | $1,009.00 | $1,727.00 | $1,399.50 | $2,300.00 |

**RATE PER HALF KILO**

| **75.5+** | $3.07 | $3.45 | $5.80 | $5.42 | $15.07 | $5.73 | $7.73 | $5.64 | $8.21 | $12.16 | $6.73 | $11.52 | $9.33 | $15.36 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

* Not all weights are shown. For other rates, please request a detailed rate sheet.
** For shipments greater than 75 kgs, calculate the rate by multiplying the total weight by 2 times the rate per half kilogram.

Rates are effective February 5, 2006. Rates subject to change without notice. Extra charges may apply.

# EXHIBIT B



CORPORATE OFFICE: P.O. BOX 0100 SFO INTERNATIONAL AIRPORT SAN FRANCISCO CA 94128 • 650/877-3050 • 800 NOW RUSH
FAX 650/583-3107 • (800-669-7874)

November 23, 2006

CUSTOMER #: 001521
LOOMIS COURIER SERVICE
101 5000 MILLER ROAD
RICHMOND, BC V7B1K6 CANADA

On November 15, 2006 Tricor increased rate for transportation service to offset increases
in wage, purchased transportation and insurance expenses.

1 = $40.00
2 = $44.00
3 = $50.50
4 = $55.00
5 = $58.00
10 = $68.00
20 = $99.50
30 = $129.00
40 = $154.00
50 = $176.50
60 = $197.50
70 = $214.50
80 = $228.50
90 = $246.00
100 = $257.50
110 = $283.50
120 = $309.00
130 = $343.50
140 = $370.00
150 = $396.50
151+ = $2.70 per pound

Plus $30.00 for customs paperwork processing fee.

Sincerely,


Scott Tanaka,
Account Executive

ALBUQUERQUE ■ ANCHORAGE ■ ATLANTA ■ AUSTIN ■ BAKERSFIELD ■ BOISE ■ CHICAGO ■ DALLAS ■ DENVER ■ FRESNO
HOUSTON ■ LAS VEGAS ■ LOS ANGELES ■ MIAMI ■ MINNEAPOLIS ■ NEW ORLEANS ■ NEW YORK ■ OAKLAND ■ PHOENIX ■ PORTLAND ■ RENO
RIVERSIDE ■ SACRAMENTO ■ SALT LAKE CITY ■ SAN ANTONIO ■ SAN DIEGO ■ SAN FRANCISCO ■ SEATTLE ■ STOCKTON ■ TUCSON ■ TUSTIN

```
                          TARIFF TABLE MAINTENANCE                           TRICOR-CA
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
      TARIFF CLASS ...   001521
X1    DESCRIPTION ....   Loomis (Customer# 001521) effective Nov 2006
```

| LN# | EQUAL TO OR MORE THAN | BUT LESS THAN | WEIGHT MULTIPLIER | MIN CHARGE | EX CHARGE |
|---|---|---|---|---|---|
| 1 | 1 | 2 | 1 | | |
| 2 | 2 | 3 | 1 | 40.00 | 0.00 |
| 3 | 3 | 4 | 1 | 44.00 | 0.00 |
| 4 | 4 | 5 | 1 | 50.50 | 0.00 |
| 5 | 5 | 6 | 1 | 55.00 | 0.00 |
| 6 | 6 | 11 | 1 | 58.00 | 0.00 |
| 7 | 11 | 21 | 1 | 68.00 | 0.00 |
| 8 | 21 | 31 | 1 | 99.50 | 0.00 |
| 9 | 31 | 41 | 1 | 129.00 | 0.00 |
| 10 | 41 | 51 | 1 | 154.00 | 0.00 |
| 11 | 51 | 61 | 1 | 176.50 | 0.00 |
| 12 | 61 | 71 | 1 | 197.50 | 0.00 |
| | | | | 214.50 | 0.00 |

(F=FORWARD) , (C=CHANGE) , (D=DELETE) , (P=PAGE) , (E=END)

# EXHIBIT C

# TRICOR

**WORLDWIDE ● NATIONWIDE
COURIER & CARGO SERVICE**

**ORIGINAL INVOICE
PLEASE KEEP FOR YOUR RECORDS**

Page 1

PAYMENT DUE 10 DAYS
FROM INVOICE DATE

| INVOICE DATE | CUSTOMER NUMBER | REFER TO THIS NUMBER WHEN REMITTING ⟶ | INVOICE NUMBER | INVOICE AMOUNT |
|---|---|---|---|---|
| 1/1/2007 | 001521 | | T541565 | $41,226.32 |

LOOMIS COURIER SERVICE
ATTN: ACCOUNT PAYABLE
101 5000 MILLER ROAD
RICHMOND BC V7B1K6
CANADA

**PLEASE MAIL PAYMENT TO:**
TRICOR AMERICA, INC.
P.O. BOX 8100 - S.F.I.A
SAN FRANCISCO, CA, 94128
(650) 877-3650

***** PER-SHIPMENT CHARGES *****

| AIRBILL# | SERVICE DATE | ORIGIN NAME / ORIGIN ADDRESS | DESTINATION NAME / DESTINATION ADDRESS | MANIFEST# | WT# | $AMOUNT |
|---|---|---|---|---|---|---|
| | | FROM: DYNACRAFT | TO: DHL/LOOMIS | | | |
| | | ALGONA, WA 98001 | RICHMOND, BC V7B1K | | | |
| 07353687353 | 11/21/2006 | | | SEA000 | 405 | $1,123.50 |
| 07353687364 | 11/22/2006 | | | SEA000 | 255 | $718.50 |
| 07353687375 | 11/28/2006 | | | SEA000 | 524 | $1,444.80 |
| 07353687386 | 11/29/2006 | | | SEA000 | 1,800 | $4,890.00 |
| 07353687390 | 11/29/2006 | | | SEA000 | 393 | $1,091.10 |
| 07353687401 | 11/30/2006 | | | SEA000 | 608 | $1,671.60 |
| 7353687412 | 12/1/2006 | | | SEA000 | 427 | $1,182.90 |
| 7353687423 | 12/4/2006 | | | SEA000 | 353 | $983.10 |
| 7353687434 | 12/5/2006 | | | SEA000 | 733 | $2,009.10 |
| 7353687445 | 12/6/2006 | | | SEA000 | 720 | $1,974.00 |
| 7353687456 | 12/7/2006 | | | SEA000 | 587 | $1,614.90 |
| 7353687460 | 12/8/2006 | | | SEA000 | 749 | $30.00 |
| 7353687471 | 12/11/2006 | | | SEA000 | 380 | $1,056.00 |
| 7353687482 | 12/12/2006 | | | SEA000 | 250 | $705.00 |
| 7353687493 | 12/13/2006 | | | SEA000 | 514 | $1,417.80 |
| 7353687504 | 12/14/2006 | | | SEA000 | 693 | $1,901.10 |
| 7353687515 | 12/15/2006 | | | SEA000 | 489 | $1,350.30 |
| 7353687526 | 12/18/2006 | | | SEA000 | 392 | $1,088.40 |
| 7353687530 | 12/19/2006 | | | SEA000 | 470 | $1,299.00 |
| 7353687541 | 12/20/2006 | | | SEA000 | 672 | $1,844.40 |
| | | | | | 11,414 | $29,395.50 |
| | | FROM: PACCAR PARTS | TO: INLAND KENWORTH SALES | | | |
| | | RENTON, WA 98055 | RICHMOND, BC | | | |
| 07316402472 | 11/21/2006 | | | SEA000 | 2 | $74.00 |
| 07316402483 | 11/21/2006 | | | SEA000 | 7 | $98.00 |
| 07316402531 | 11/29/2006 | | | SEA000 | 42 | $206.50 |
| 7316402553 | 12/4/2006 | | | SEA000 | 36 | $184.00 |
| 7316402590 | 12/5/2006 | | | SEA000 | 7 | $98.00 |
| 7316402586 | 12/6/2006 | | | SEA000 | 15 | $129.50 |
| 7316402612 | 12/6/2006 | | | SEA000 | 10 | $98.00 |
| 7316402656 | 12/7/2006 | | | SEA000 | 79 | $258.50 |
| 7316402660 | 12/8/2006 | | | SEA000 | 21 | $159.00 |
| 7316402671 | 12/12/2006 | | | SEA000 | 2 | $74.00 |
| 7316402693 | 12/12/2006 | | | SEA000 | 4 | $85.00 |
| 7316402704 | 12/12/2006 | | | SEA000 | 3 | $80.50 |

# TRICOR

**WORLDWIDE ● NATIONWIDE COURIER & CARGO SERVICE**

**ORIGINAL INVOICE**
*PLEASE KEEP FOR YOUR RECORDS*

Page 1

PAYMENT DUE 10 DAYS
FROM INVOICE DATE

| INVOICE DATE | CUSTOMER NUMBER | REFER TO THIS NUMBER WHEN REMITTING ⟶ | INVOICE NUMBER | INVOICE AMOUNT |
|---|---|---|---|---|
| 1/1/2007 | 001521 | | T541565 | $41,226.32 |

LOOMIS COURIER SERVICE
ATTN: ACCOUNT PAYABLE
101 5000 MILLER ROAD
RICHMOND BC V7B1K6
CANADA

**PLEASE MAIL PAYMENT TO:**
TRICOR AMERICA, INC.
P.O. BOX 8100 - S.F.I.A
SAN FRANCISCO, CA, 94128
(650) 877-3650

****** PER-SHIPMENT CHARGES ******

| AIRBILL# | SERVICE DATE | ORIGIN NAME ORIGIN ADDRESS | DESTINATION NAME DESTINATION ADDRESS | MANIFEST# | WT# | $AMOUNT |
|---|---|---|---|---|---|---|
| | | FROM: DYNACRAFT | TO: DHL/LOOMIS | | | |
| | | ALGONA, WA  98001 | RICHMOND, BC  V7B1K | | | |
| 07353687353 | 11/21/2006 | | | SEA000 | 405 | $1,123.50 |
| 07353687364 | 11/22/2006 | | | SEA000 | 255 | $718.50 |
| 07353687375 | 11/28/2006 | | | SEA000 | 524 | $1,444.80 |
| 07353687386 | 11/29/2006 | | | SEA000 | 1,800 | $4,890.00 |
| 07353687390 | 11/29/2006 | | | SEA000 | 393 | $1,091.10 |
| 07353687401 | 11/30/2006 | | | SEA000 | 608 | $1,671.60 |
| 7353687412 | 12/1/2006 | | | SEA000 | 427 | $1,182.90 |
| 7353687423 | 12/4/2006 | | | SEA000 | 353 | $983.10 |
| 7353687434 | 12/5/2006 | | | SEA000 | 733 | $2,009.10 |
| 7353687445 | 12/6/2006 | | | SEA000 | 720 | $1,974.00 |
| 7353687456 | 12/7/2006 | | | SEA000 | 587 | $1,614.90 |
| 7353687460 | 12/8/2006 | | | SEA000 | 749 | $30.00 |
| 7353687471 | 12/11/2006 | | | SEA000 | 380 | $1,056.00 |
| 7353687482 | 12/12/2006 | | | SEA000 | 250 | $705.00 |
| 7353687493 | 12/13/2006 | | | SEA000 | 514 | $1,417.80 |
| 7353687504 | 12/14/2006 | | | SEA000 | 693 | $1,901.10 |
| 7353687515 | 12/15/2006 | | | SEA000 | 489 | $1,350.30 |
| 7353687526 | 12/18/2006 | | | SEA000 | 392 | $1,088.40 |
| 7353687530 | 12/19/2006 | | | SFA000 | 470 | $1,299.00 |
| 7353687541 | 12/20/2006 | | | SEA000 | 672 | $1,844.40 |
| | | | | | 11,414 | $29,395.50 |
| | | FROM: PACCAR PARTS | TO: INLAND KENWORTH SALES | | | |
| | | RENTON, WA  98055 | RICHMOND, BC | | | |
| 07316402472 | 11/21/2006 | | | SEA000 | 2 | $74.00 |
| 07316402483 | 11/21/2006 | | | SEA000 | 7 | $98.00 |
| 07316402531 | 11/29/2006 | | | SEA000 | 42 | $206.50 |
| 7316402553 | 12/4/2006 | | | SEA000 | 36 | $184.00 |
| 7316402590 | 12/5/2006 | | | SEA000 | 7 | $98.00 |
| 7316402586 | 12/6/2006 | | | SEA000 | 15 | $129.50 |
| 7316402612 | 12/6/2006 | | | SFA000 | 10 | $98.00 |
| 7316402656 | 12/7/2006 | | | SEA000 | 79 | $258.50 |
| 7316402660 | 12/8/2006 | | | SEA000 | 21 | $159.00 |
| 7316402671 | 12/12/2006 | | | SEA000 | 2 | $74.00 |
| 7316402693 | 12/12/2006 | | | SEA000 | 4 | $85.00 |
| 7316402704 | 12/12/2006 | | | SEA000 | 3 | $80.50 |

**TRICOR**

WORLDWIDE ● NATIONWIDE
COURIER & CARGO SERVICE

**ORIGINAL INVOICE**
*PLEASE KEEP FOR YOUR RECORDS*

Page 1

PAYMENT DUE 10 DAYS
FROM INVOICE DATE

| INVOICE DATE | CUSTOMER NUMBER | REFER TO THIS NUMBER WHEN REMITTING ⟶ | INVOICE NUMBER | INVOICE AMOUNT |
|---|---|---|---|---|
| 1/1/2007 | 001521 | | T541565 | $41,226.32 |

LOOMIS COURIER SERVICE
ATTN: ACCOUNT PAYABLE
101 5000 MILLER ROAD
RICHMOND BC V7B1K6
CANADA

**PLEASE MAIL PAYMENT TO:**
TRICOR AMERICA, INC.
P.O. BOX 8100 - S.F.I.A
SAN FRANCISCO, CA, 94128
(650) 877-3650

****** PER-SHIPMENT CHARGES ******

| AIRBILL# | SERVICE DATE | ORIGIN NAME ORIGIN ADDRESS | DESTINATION NAME DESTINATION ADDRESS | MANIFEST# | WT# | $AMOUNT |
|---|---|---|---|---|---|---|
| | | FROM: DYNACRAFT | TO: DHL/LOOMIS | | | |
| | | ALGONA, WA 98001 | RICHMOND, BC V7B1K | | | |
| 07353687353 | 11/21/2006 | | | SEA000 | 405 | $1,123.50 |
| 07353687364 | 11/22/2006 | | | SEA000 | 255 | $718.50 |
| 07353687375 | 11/28/2006 | | | SEA000 | 524 | $1,444.80 |
| 07353687386 | 11/29/2006 | | | SEA000 | 1,800 | $4,890.00 |
| 07353687390 | 11/29/2006 | | | SEA000 | 393 | $1,091.10 |
| 07353687401 | 11/30/2006 | | | SEA000 | 608 | $1,671.60 |
| 7353687412 | 12/1/2006 | | | SEA000 | 427 | $1,182.90 |
| 7353687423 | 12/4/2006 | | | SEA000 | 353 | $983.10 |
| 7353687434 | 12/5/2006 | | | SEA000 | 733 | $2,009.10 |
| 7353687445 | 12/6/2006 | | | SEA000 | 720 | $1,974.00 |
| 7353687456 | 12/7/2006 | | | SEA000 | 587 | $1,614.90 |
| 7353687460 | 12/8/2006 | | | SEA000 | 749 | $30.00 |
| 7353687471 | 12/11/2006 | | | SEA000 | 380 | $1,056.00 |
| 7353687482 | 12/12/2006 | | | SEA000 | 250 | $705.00 |
| 7353687493 | 12/13/2006 | | | SEA000 | 514 | $1,417.80 |
| 7353687504 | 12/14/2006 | | | SEA000 | 693 | $1,901.10 |
| 7353687515 | 12/15/2006 | | | SEA000 | 489 | $1,350.30 |
| 7353687526 | 12/18/2006 | | | SEA000 | 392 | $1,088.40 |
| 7353687530 | 12/19/2006 | | | SEA000 | 470 | $1,299.00 |
| 7353687541 | 12/20/2006 | | | SEA000 | 672 | $1,844.40 |
| | | | | | 11,414 | $29,395.50 |
| | | FROM: PACCAR PARTS | TO: INLAND KENWORTH SALES | | | |
| | | RENTON, WA 98055 | RICHMOND, BC | | | |
| 07316402472 | 11/21/2006 | | | SEA000 | 2 | $74.00 |
| 07316402483 | 11/21/2006 | | | SEA000 | 7 | $98.00 |
| 07316402531 | 11/29/2006 | | | SEA000 | 42 | $206.50 |
| 7316402553 | 12/4/2006 | | | SEA000 | 36 | $184.00 |
| 7316402590 | 12/5/2006 | | | SEA000 | 7 | $98.00 |
| 7316402586 | 12/6/2006 | | | SEA000 | 15 | $129.50 |
| 7316402612 | 12/6/2006 | | | SEA000 | 10 | $98.00 |
| 7316402656 | 12/7/2006 | | | SEA000 | 79 | $258.50 |
| 7316402660 | 12/8/2006 | | | SEA000 | 21 | $159.00 |
| 7316402671 | 12/12/2006 | | | SEA000 | 2 | $74.00 |
| 7316402693 | 12/12/2006 | | | SEA000 | 4 | $85.00 |
| 7316402704 | 12/12/2006 | | | SEA000 | 3 | $80.50 |

Page 2

| 7316402785 | 12/13/2006 | | | SEA000 | 8 | $98.00 |
| 7316402833 | 12/18/2006 | | | SEA000 | 47 | $206.50 |
| | | | | | 283 | $1,849.50 |

FROM: PACCAR PARTS
RENTON, WA 98055

TO: PETERBILT PACIFIC
RICHMOND, BC

| 07316402461 | 11/21/2006 | | | SEA000 | 45 | $206.50 |
| 07316402516 | 11/22/2006 | | | SEA000 | 3 | $80.50 |
| 07316402542 | 11/29/2006 | | | SEA000 | 78 | $258.50 |
| 07316402520 | 11/30/2006 | | | SEA000 | 46 | $206.50 |
| 7316402575 | 12/4/2006 | | | SEA000 | 36 | $184.00 |
| 7316402601 | 12/5/2006 | | | SEA000 | 68 | $244.50 |
| 7316402623 | 12/6/2006 | | | SEA000 | 43 | $206.50 |
| 7316402645 | 12/7/2006 | | | SEA000 | 40 | $184.00 |
| 7316402682 | 12/8/2006 | | | SEA000 | 1 | $70.00 |
| 7316402634 | 12/11/2006 | | | SEA000 | 41 | $206.50 |
| 7316402763 | 12/12/2006 | | | SEA000 | 88 | $276.00 |
| 7316402796 | 12/13/2006 | | | SEA000 | 64 | $244.50 |
| 7316402774 | 12/14/2006 | | | SEA000 | 58 | $227.50 |
| 7316402800 | 12/15/2006 | | | SEA000 | 196 | $559.20 |
| 7316402811 | 12/18/2006 | | | SEA000 | 26 | $159.00 |
| 7316402822 | 12/18/2006 | | | SEA000 | 28 | $159.00 |
| 7316402844 | 12/19/2006 | | | SEA000 | 70 | $244.50 |
| 7316402855 | 12/19/2006 | | | SEA000 | 91 | $287.50 |
| 7316402866 | 12/20/2006 | | | SEA000 | 48 | $206.50 |
| | | | | | 1,070 | $4,211.20 |

*** SUB-TOTAL OF PER-SHIPMENT CHARGES *** $35,456.20

****** ON-CALL CHARGES ******

| AIRBILL# | SERVICE DATE | MANIFEST# | WT# | $AMOUNT |
|---|---|---|---|---|
| 07316402505 | 11/22/2006 | SEA000 | 4 | $85.00 |



001521   TRICOR

PACCAR PARTS
502 HOWSER WAY NORTH
RENTON
WA  98055 U.S.A.

TO:
CUSTOM TRUCK SALES INC.
C/O LOOMIS
RICHMOND
BC   CANADA

1 . . . . . 4
11/22/2006

$0.00    $0.00
$0.00  $85.00  $85.00

AIRBILL #  07316402505    TOTAL  ➡  $85.00

INVOICE GRAND TOTAL:  PLEASE REMIT  $41,226.32

| Inv#  T541565 | | ................... | LOOMIS COURIER SERVICE |
| Date: 1/1/2007 | | | THANK YOU FOR YOUR BUSINESS |
| $41,226.32 | | | |

001521

| 7316402785 | 12/13/2006 | | | SEA000 | 8 | $98.00 |
| 7316402833 | 12/18/2006 | | | SEA000 | 47 | $206.50 |
| | | | | | 283 | $1,849.50 |

FROM: PACCAR PARTS
RENTON, WA 98055

TO: PETERBILT PACIFIC
RICHMOND, BC

| 07316402461 | 11/21/2006 | | | SEA000 | 45 | $206.50 |
| 07316402516 | 11/22/2006 | | | SEA000 | 3 | $80.50 |
| 07316402542 | 11/29/2006 | | | SEA000 | 78 | $258.50 |
| 07316402520 | 11/30/2006 | | | SEA000 | 46 | $206.50 |
| 7316402575 | 12/4/2006 | | | SEA000 | 36 | $184.00 |
| 7316402601 | 12/5/2006 | | | SEA000 | 68 | $244.50 |
| 7316402623 | 12/6/2006 | | | SEA000 | 43 | $206.50 |
| 7316402645 | 12/7/2006 | | | SEA000 | 40 | $184.00 |
| 7316402682 | 12/8/2006 | | | SEA000 | 1 | $70.00 |
| 7316402634 | 12/11/2006 | | | SEA000 | 41 | $206.50 |
| 7316402763 | 12/12/2006 | | | SEA000 | 88 | $276.00 |
| 7316402796 | 12/13/2006 | | | SEA000 | 64 | $244.50 |
| 7316402774 | 12/14/2006 | | | SEA000 | 58 | $227.50 |
| 7316402800 | 12/15/2006 | | | SEA000 | 196 | $559.20 |
| 7316402811 | 12/18/2006 | | | SEA000 | 26 | $159.00 |
| 7316402822 | 12/18/2006 | | | SEA000 | 28 | $159.00 |
| 7316402844 | 12/19/2006 | | | SEA000 | 70 | $244.50 |
| 7316402855 | 12/19/2006 | | | SEA000 | 91 | $287.50 |
| 7316402866 | 12/20/2006 | | | SEA000 | 48 | $206.50 |
| | | | | | 1,070 | $4,211.20 |

*** SUB-TOTAL OF PER-SHIPMENT CHARGES ***    $35,456.20

****** ON-CALL CHARGES ******

| AIRBILL# | SERVICE DATE | | | MANIFEST# | WT# | $AMOUNT |
|---|---|---|---|---|---|---|
| 07316402505 | 11/22/2006 | | | SEA000 | 4 | $85.00 |



INVOICE GRAND TOTAL:  PLEASE REMIT $41,226.32

| Inv# T541565 | | | |
| Date: 1/1/2007 | | | LOOMIS COURIER SERVICE |
| $41,226.32 | | | THANK YOU FOR YOUR BUSINESS |

| | | | | |
|---|---|---|---|---|
| 7316402785 | 12/13/2006 | SEA000 | 8 | $98.00 |
| 7316402833 | 12/18/2006 | SEA000 | 47 | $206.50 |
| | | | 283 | $1,849.50 |

FROM: PACCAR PARTS  
RENTON, WA 98055

TO: PETERBILT PACIFIC  
RICHMOND, BC

| | | | | |
|---|---|---|---|---|
| 07316402461 | 11/21/2006 | SEA000 | 45 | $206.50 |
| 07316402516 | 11/22/2006 | SEA000 | 3 | $80.50 |
| 07316402542 | 11/29/2006 | SEA000 | 78 | $258.50 |
| 07316402520 | 11/30/2006 | SEA000 | 46 | $206.50 |
| 7316402575 | 12/4/2006 | SEA000 | 36 | $184.00 |
| 7316402601 | 12/5/2006 | SEA000 | 68 | $244.50 |
| 7316402623 | 12/6/2006 | SEA000 | 43 | $206.50 |
| 7316402645 | 12/7/2006 | SEA000 | 40 | $184.00 |
| 7316402682 | 12/8/2006 | SEA000 | 1 | $70.00 |
| 7316402634 | 12/11/2006 | SEA000 | 41 | $206.50 |
| 7316402763 | 12/12/2006 | SEA000 | 88 | $276.00 |
| 7316402796 | 12/13/2006 | SEA000 | 64 | $244.50 |
| 7316402774 | 12/14/2006 | SEA000 | 58 | $227.50 |
| 7316402800 | 12/15/2006 | SEA000 | 196 | $559.20 |
| 7316402811 | 12/18/2006 | SEA000 | 26 | $159.00 |
| 7316402822 | 12/18/2006 | SEA000 | 28 | $159.00 |
| 7316402844 | 12/19/2006 | SEA000 | 70 | $244.50 |
| 7316402855 | 12/19/2006 | SEA000 | 91 | $287.50 |
| 7316402866 | 12/20/2006 | SEA000 | 48 | $206.50 |
| | | | 1,070 | $4,211.20 |

*** SUB-TOTAL OF PER-SHIPMENT CHARGES ***     $35,456.20

****** ON-CALL CHARGES ******

| AIRBILL# | SERVICE DATE | MANIFEST# | WT# | $AMOUNT |
|---|---|---|---|---|
| 07316402505 | 11/22/2006 | SEA000 | 4 | $85.00 |



INVOICE GRAND TOTAL: PLEASE REMIT $41,226.32

| | |
|---|---|
| Inv# T541565 | |
| Date: 1/1/2007 | |
| $41,226.32 | LOOMIS COURIER SERVICE |
| | THANK YOU FOR YOUR BUSINESS |

7316402564    12/1/2006                                    SEA000    16    $129.50

| 001521 | 🌐 TRICOR | | SPECIAL AIRBILL |
|---|---|---|---|

TO:

PACCAR PARTS
502 HOWSER WAY NORTH
RENTON
WA  98055 U.S.A.

CUSTOM TRUCK SALES INC.
C/O LOOMIS
RICHMOND
BC  CANADA

| 1 | 16 | | | | $0.00 | | $0.00 |
| 12/1/2006 | | | | | $0.00 | $129.50 | $129.50 |
| | | | | | TOTAL | ➡ | $129.50 |

7316402564

---

07316402494    11/22/2006                                    SEA000    20    $214.50
                                                                       4    $85.00

| 001521 | 🌐 TRICOR | | SPECIAL AIRBILL |
|---|---|---|---|

TO:

PACCAR PARTS
502 HOWSER WAY NORTH
RENTON
WA  98055 U.S.A.

EDMONTON KENWORTH
C/O LOOMIS
RICHMOND
BC  CANADA

| 1 | 4 | | | | $0.00 | | $0.00 |
| 11/22/2006 | | | | | $0.00 | $85.00 | $85.00 |
| | | | | | TOTAL | ➡ | $85.00 |

07316402494

---

*** SUB-TOTAL OF ON-CALL CHARGES ***    $299.50

$AMOUNT

FUEL SURCHARGE    $3,396.79

$AMOUNT

SECURITY CHARGE    $2,073.83

**INVOICE GRAND TOTAL:  PLEASE REMIT $41,226.32**

| Inv# T541565 | | | | LOOMIS COURIER SERVICE |
| Date: 1/1/2007 | | | ...................... | THANK YOU FOR YOUR BUSINESS |
| $41,226.32 | | | | |

7316402564    12/1/2006

SEA000    16    $129.50

**Page 3**

| 001521 | TRICOR | | | | | SPECIAL AIRBILL |
|---|---|---|---|---|---|---|

PACCAR PARTS
502 HOWSER WAY NORTH
RENTON
WA  98055 U.S.A.

TO:
CUSTOM TRUCK SALES INC.
C/O LOOMIS
RICHMOND
BC   CANADA

| 1 | 16 | | | | $0.00 | $0.00 |
|---|---|---|---|---|---|---|
| 12/1/2006 | | | | | $0.00 | $129.50 | $129.50 |

7316402564    TOTAL ➡    $129.50

---

20    $214.50

07316402494    11/22/2006    SEA000    4    $85.00

| 001521 | TRICOR | | | | | SPECIAL AIRBILL |
|---|---|---|---|---|---|---|

PACCAR PARTS
502 HOWSER WAY NORTH
RENTON
WA  98055 U.S.A.

TO:
EDMONTON KENWORTH
C/O LOOMIS
RICHMOND
BC   CANADA

| 1 | 4 | | | | $0.00 | $0.00 |
|---|---|---|---|---|---|---|
| 11/22/2006 | | | | | $0.00 | $85.00 | $85.00 |

07316402494    TOTAL ➡    $85.00

\*\*\* SUB-TOTAL OF ON-CALL CHARGES \*\*\*    $299.50

$AMOUNT

FUEL SURCHARGE    $3,396.79

$AMOUNT

SECURITY CHARGE    $2,073.83

INVOICE GRAND TOTAL:  PLEASE REMIT $41,226.32

| Inv#   TS41565 | | | ...................... | LOOMIS COURIER SERVICE |
|---|---|---|---|---|
| Date: 1/1/2007 | | | | THANK YOU FOR YOUR BUSINESS |
| $41,226.32 | | | | |

| 7316402564 | 12/1/2006 | | | | | | Page 3 |
|---|---|---|---|---|---|---|---|
| | | | | | | 16 | $129.50 |

```
001521                    TRICOR                              SPECIAL AIRBILL

                                        TO:

PACCAR PARTS                            CUSTOM TRUCK SALES INC.
502 HOWSER WAY NORTH                    C/O LOOMIS
RENTON                                  RICHMOND
            WA  98055 U.S.A.                       BC   CANADA

  1      16                                    $0.00           $0.00
   12/1/2006                                   $0.00  $129.50  $129.50
                              TRICOR            TOTAL
                              AIRBILL #  7316402564                 $129.50
```

| 07316402494 | 11/22/2006 | | | | SEA000 | 20 | $214.50 |
|---|---|---|---|---|---|---|---|
| | | | | | | 4 | $85.00 |

```
001521                    TRICOR                              SPECIAL AIRBILL

                                        TO:

PACCAR PARTS                            EDMONTON KENWORTH
502 HOWSER WAY NORTH                    C/O LOOMIS
RENTON                                  RICHMOND
            WA  98055 U.S.A.                       BC   CANADA

  1      4                                     $0.00           $0.00
   11/22/2006                                  $0.00  $85.00   $85.00
                              TRICOR            TOTAL
                              AIRBILL #  07316402494                $85.00
```

*** SUB-TOTAL OF ON-CALL CHARGES ***    $299.50

$AMOUNT

FUEL SURCHARGE    $3,396.79

$AMOUNT

SECURITY CHARGE    $2,073.83

INVOICE GRAND TOTAL:  PLEASE REMIT $41,226.32

| Inv#  TS41565 | | | ••••••••••••••••• | LOOMIS COURIER SERVICE |
|---|---|---|---|---|
| Date: 1/1/2007 | | | | THANK YOU FOR YOUR BUSINESS |
| $41,226.32 | | | | |

<u>PROOF OF SERVICE BY MAIL</u>

I, Laura Each Ngueyn, declare as follows:

I am over the age of 18 years, and not a party to or interested in the within entitled action. I am a principal at the Law Offices of Laura D. Each and my business address is 5776 Lindero Canyon Road, D-233, Westlake Village, CA 91362.

On May 19, 2008, I served by mail the following documents:

DECLARATION OF SCOTT TANAKA IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

I enclosed a true and correct copy of said document(s), in an envelope via United States Mail, addressed as follows:

Carrie M. Dupic<br>
Robinson & Wood, Inc.<br>
227 North First Street<br>
San Jose, CA 95113

I am readily familiar with my firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. The firm's practice is to deposit mail with the United States Postal Service in Westlake Village, California, on the same day in the ordinary course of business. I sealed said envelope and placed it for collection and mailing on the aforementioned date, following ordinary business practice.

I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

Executed on May 19, 2008 in Westlake Village, California.

_____
Laura Each Nguyen, Attorney at Law

4

DECLARATION OF SCOTT TANAKA