Laura Each Nguyen, SBN 203141
Law Offices of Laura D. Each, PC
5776 Lindero Canyon Rd., D-233
Westlake Village, CA 91362
Telephone: (818) 665-4083
Fax: (818) 206-3230

Attorney for Plaintiff
TRICOR AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TRICOR AMERICA, INC., a California corporation,

Plaintiffs,

vs.

DHL CANADA EXPRESS, LTD. a Canadian corporation; LOOMIS CANADA HOLDING COMPANY, INC., a Canadian corporation; and DOES 1 though 25, inclusive.

Defendants.

Case No.: C07 4949 CRB

NOTICE OF SETTLEMENT AND REQUEST FOR TAKING ALL HEARINGS OFF-CALENDAR

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE THAT this matter has reached a settlement and we expect to file a stipulation of dismissal within the next ten (10) days. As such, Plaintiff hereby requests that the Court take all hearings off-calendar.

LAURA EACH NGUYEN
Attorney for Plaintiff Tricor America, Inc.

1

NOTICE OF SETTLEMENT